Annex "A"

HEADQUARTERS
United States Army Forces in the Far East
Manila, P. I.

GENERAL ORDERS )                                     18 December, 1941.
              :
No.       46  )

      1. Pursuant to provisions of the Proclamation of the President of the United States, dated July 26, 1941, all personnel of the Philippine Army on active duty and all active units of the Philippine Army, less personnel and units already accepted for service with the United States Army Forces, are hereby called into the service of the armed forces of the United States in the Philippines, effective on the date of acceptance for the period of the existing emergency, and will be accepted for such service by officers in the service of the United States Army Forces in the Philippines.

      2. Personnel of the Philippine Army which may hereafter be called to active duty and units thereof which may hereafter be activated are hereby called into the service of the armed forces of the United States in the Philippines, effective on the date of acceptance, and will be accepted for such service by officers in the service of the United States Army Force in the Philippines.

By command of Lieutenant General MacARTHUR:

R. K. SUTHERLAND,
Brigadier General, GSC,
Chief of Staff.

OFFICIAL:

    CARL H. SEALS,
  Colonel, A. G. D.
  Adjutant General.

A TRUE COPY:

    s/ William Barr, Jr.
    t/ WILLIAM BARR, JR.,
      Captain,    AGD.




Annex "B"
(p. 1)

CIRCULAR )
   :
No. 100 )

Executive Order No. 21 by the President of
   the Philippines............................ I
Executive Order No. 22 by the President of
   the Philippines............................ II

I. EXECUTIVE ORDER NO. 21 BY THE PRESIDENT OF THE PHILIPPINES. The following Executive Order No. 21 by the President of the Philippines is published for information and guidance of all concerned:

Executive Order No. 21

## DECLARING TO BE ON ACTIVE SERVICE IN THE PHILIPPINE ARMY ALL PERSONS NOW ACTIVELY SERVING IN RECOGNIZED MILITARY FORCES IN THE PHILIPPINES

WHEREAS, many civilians residing in the Philippines of Filipino, American and other foreign citizenships, and Officers and Enlisted Men of the Philippine Army, of the armed forces of the United States and of Allied nations, have continued armed resistance against the Imperial Japanese Government since the sixth of May 1942;

WHEREAS, this action has written in blood an epic of courage, devotion and loyalty to the Government and the people of the Philippines;

WHEREAS, these military forces have contributed in a large measure to the Allied military effort and to the liberation of the Filipino people from the yoke of the Japanese invader;

WHEREAS, it is the desire of the Government of the Philippines to recognize this allegiance;

NOW, THEREFORE, I, SERGIO OSMENA, President of the Philippines, by virtue of the authority vested in me by the Emergency Powers Law, Section 22 a and Section 27 of Commonwealth Act Numbered One notwithstanding, do hereby ordain and promulgate the following:

1. All persons, of any nationality or citizenship, who are actively serving in recognized military forces in the Philippines, are hereby considered to be on active service in the Philippine Army.

2. The temporary grades of Enlisted Men, enlisted or promoted in the field by Commanders of recognized military forces or by their delegated authority, are hereby confirmed.

3. The temporary ranks of all officers, appointed or promoted in the field prior to this date by Commanders of recognized military forces, are hereby confirmed.

4. The date of entry into active service in the Philippine Army will be that of joining a recognized military force.

- I -

(CIR NO 100)  RESTRICTED  Annex "B" (p. 2)

5. The effective date of rank for commissioned Officers and Enlisted Men will be the date on which they were appointed or promoted to such rank by the Commanders of recognized military forces.

6. A recognized military force, as used herein, is defined as a force under a commander who has been appointed, designated or recognized by the Commander-in-Chief Southwest Pacific Area.

Done at the seat of Government in the Field, this 28th day of October, in the year of our Lord, Nineteen Hundred and Forty-Four, and of the Commonwealth of the Philippines, the Ninth.

SERGIO OSMENA
President of the Philippines.

By the President:

ARTURO B. ROTOR
Secretary to the President

II. EXECUTIVE ORDER NO. 22 BY THE PRESIDENT OF THE PHILIPPINES. The following Executive Order No. 22 by the President of the Philippines is published for the information and guidance of all concerned:

Executive Order No. 22

FIXING THE SALARIES OF THE OFFICERS
AND ENLISTED MEN OF THE PHILIPPINE ARMY

Pursuant to the provisions of Section No. 90 of the National Defense Act and of the Emergency Powers Law, I, Sergio Osmena, President of the Philippines, do hereby prescribe the following schedule of salary rates and quarters allowances for officers and enlisted men of the Philippine Army, effective on dates as indicated herein, and extending for the duration of the war and for six months thereafter unless sooner terminated by competent authority.

OFFICERS

| Rank | Annual Pay | Monthly Quarters Allowance |
|---|---|---|
| Major General | ₱16,000 | ₱200 |
| Brigadier General | 12,000 | 200 |
| Colonel | 8,000 | 200 |
| Lieutenant Colonel | 7,000 | 200 |
| Major | 6,000 | 160 |
| Captain | 4,800 | 140 |
| First Lieutenant | 4,000 | 100 |
| [Second] Lieutenant | 3,000 | 80 |
| | 2,400 | 60 |

3 1 1942

MONTHLY REPORT

W97.3:
942/136

WAR DEPARTMENT
SERVICES OF SUPPLY
OFFICE OF CHIEF OF FINANCE
WASHINGTON, D.C.

FINANCE BULLETIN)            NOVEMBER 25, 1942.
NO.         136)

PAY - ARMY OF THE PHILIPPINES.--1. SUPPLEMENTING SEC. 1, FINANCE BULLETIN No. 104, SEPTEMBER 3, 1942, THE FOLLOWING EXECUTIVE ORDER OF THE PRESIDENT OF THE PHILIPPINE COMMONWEALTH, DATED MARCH 10, 1942, EFFECTIVE MARCH 15, 1942, AND EXTENDING FOR THE DURATION OF THE WAR AND SIX MONTHS THEREAFTER UNLESS SOONER TERMINATED BY COMPETENT AUTHORITY, IS PUBLISHED FOR THE INFORMATION AND GUIDANCE OF ALL FINANCE OFFICERS:

"BY THE PRESIDENT OF THE PHILIPPINES
EXECUTIVE ORDER.

"FIXING THE SALARIES OF THE OFFICERS AND
ENLISTED MEN OF THE PHILIPPINE ARMY.

"PURSUANT TO THE PROVISIONS OF SECTION No. 90 OF THE NATIONAL DEFENSE ACT AND OF THE EMERGENCY POWERS LAW, I, MANUEL L. QUEZON, PRESIDENT OF THE PHILIPPINES, DO HEREBY PRESCRIBE THE FOLLOWING SCHEDULE OF SALARY RATES AND QUARTERS ALLOWANCE FOR OFFICERS OF THE PHILIPPINE ARMY, EFFECTIVE MARCH 15, 1942 AND EXTENDING FOR THE DURATION OF THE WAR AND SIX MONTHS THEREAFTER UNLESS SOONER TERMINATED BY COMPETENT AUTHORITY.

| OFFICERS | ANNUAL PAY | MONTHLY QUARTERS ALLOWANCE |
|---|---|---|
| MAJOR GENERAL | 16,000 | 200 |
| BRIGADIER GENERAL | 12,000 | 200 |
| COLONEL | 8,000 | 200 |
| LIEUTENANT COLONEL | 7,000 | 200 |
| MAJOR | 6,000 | 160 |
| CAPTAIN | 4,800 | 140 |
| FIRST LIEUTENANT | 4,000 | 100 |
| SECOND LIEUTENANT | 3,000 | 80 |
| THIRD LIEUTENANT | 2,400 | 60 |

"DURING THE PERIOD THAT THE RATES OF PAY HEREIN PRESCRIBED ARE EFFECTIVE THERE SHALL NOT BE PAID TO ANY OFFICER AN INCREASE OF PAY BY REASON OF LENGTH OF SERVICE, COMMONLY CALLED "LONGEVITY PAY."

Annex "C"
(p. 2)

F. B. No. 136

- 2 -

"During the period that the rates of pay herein prescribed are effective there shall not be paid to any officer an increase of pay for duty requiring regular and frequent aerial flights."

### ENLISTED MEN, LINE AND MEDICAL SERVICE

|  | MONTHLY PAY | QUARTERS MONTHLY ALLOWANCE |
|---|---|---|
| Master Sergeant | 86 | 16 |
| Technical Sergeant |  |  |
| First Sergeant and |  |  |
| Staff Sergeant | 70 | 16 |
| Sergeant | 60 | 16 |
| Corporal | 51 | 12 |
| Private First Class | 37 | 12 |
| Private | 22 | 8 |
|  | 18 | 8 |

### ENLISTED MEN - AIR CORPS

| Master Sergeant | 86 | 16 |
|---|---|---|
| Technical Sergeant | 80 | 16 |
| Staff Sergeant | 75 | 16 |
| First Sergeant | 60 | 16 |
| Sergeant | 51 | 12 |
| Corporal | 37 | 12 |
| Pvt. 1st Class | 22 | 8 |
| Pvt. | 18 | 8 |

"Provided that no man shall suffer a reduction in pay by reason of this Executive Order.

"Done at the seat of government in the field, this tenth day of March, in the year of our Lord, nineteen hundred and forty-two, and of the Commonwealth of the Philippines, the seventh.

MANUEL L. QUEZON,
President of the Philippines."

The above Executive Order makes certain amend-

---

F. B. No. 136

- 3 -

"PAY SCALE FOR MEMBERS OF THE PHILIPPINE ARMY.

"Officers are credited with actual service in the Army beginning the effective date of their appointment. In cases when the effective date is not mentioned in the order, the effective date is not taken. The effective date of service is not based on the date of service of office appointment is based on the date of service of office graduating from the United States Military Academy at West Point and from the United States Naval Academy at Annapolis begin from the date of admission to the Academy. The officers of the Philippine Constabulary are credited with their service with the Philippine Constabulary for purposes of retirement.

"PAY AND ALLOWANCES OF TRAINEES.

"When a trainee or an enlisted reserve while on active duty dies as a result of injury or disease contracted in the service, his own misconduct, willful failure for reasons other than use of drugs or alcoholic liquor, the intemperate or immoral habits, the President may authorize vicious payment of burial expenses not exceeding thirty-five pesos and a sum not exceeding one hundred pesos to the widow or dependent child or children, or in the absence of widow or dependent child to the parents of the deceased trainee or enlisted reserve; Provided, That injury or disease acquired while en route to or from the training station or mobilization center shall be considered as contracted in the service for the purpose of this section. (As inserted by Com. Act No. 385, Sec. 91-A).

"The tables are stated in pesos. Value of

F. B. No. 136 — 4 —

Annex "C"
(p. 3)

## PAY AND ALLOWANCES OF OFFICERS OF THE PHILIPPINE ARMY

| RANK | ANNUAL BASE PAY (E.O. 155) S. 1938 | MONTHLY RATES | | |
|---|---|---|---|---|
| | | INITIAL MONTH-LY PAY | OVER 5 YRS. SER. | OVER 10 YEARS | OVER 15 YEARS |
| MAJOR GENERAL C OF S.. | 8,500.00 | 708.33 | 779.16 | 857.07 | 942.78 |
| MAJOR GENERAL........ | 7,800.00 | 650.00 | 715.00 | 786.50 | 865.15 |
| BRIGADIER GENERAL.... | 6,600.00 | 550.00 | 605.00 | 665.50 | 732.05 |
| COLONEL.............. | 5,400.00 | 450.00 | 495.00 | 544.50 | 598.95 |
| LIEUTENANT COLONEL... | 4,200.00 | 350.00 | 385.00 | 423.50 | 465.85 |
| MAJOR................ | 3,300.00 | 275.00 | 302.50 | 332.75 | 366.02 |
| CAPTAIN.............. | 2,700.00 | 225.00 | 247.50 | 272.25 | 299.47 |
| FIRST LIEUTENANT..... | 2,220.00 | 185.00 | 203.50 | 223.85 | 246.23 |
| SECOND LIEUTENANT.... | 1,920.00 | 160.00 | 176.00 | 193.60 | 212.96 |
| THIRD LIEUTENANT..... | 1,800.00 | 150.00 | 165.00 | 181.50 | 199.65 |

| (CONT'D.) RANK | OVER 20 YEARS | OVER 25 YEARS | ALLOWANCES | |
|---|---|---|---|---|
| | | | QUARTERS CITY | PROVINCE |
| MAJOR GENERAL C OF S.. | 1,037.06 | 1,062.50 | 200.00 | .... |
| MAJOR GENERAL........ | 951.66 | 975.00 | 110.00 | .... |
| BRIGADIER GENERAL.... | 805.25 | 825.00 | 100.00 | .... |
| COLONEL.............. | 658.84 | 675.00 | 90.00 | 60.00 |
| LIEUTENANT COLONEL... | 512.43 | 525.00 | 80.00 | 50.00 |
| MAJOR................ | 402.62 | 412.50 | 70.00 | 40.00 |
| CAPTAIN.............. | 329.42 | 337.50 | 50.00 | 40.00 |
| FIRST LIEUTENANT..... | 270.85 | 277.50 | 40.00 | 30.00 |
| SECOND LIEUTENANT.... | 234.26 | 240.00 | 40.00 | 25.00 |
| THIRD LIEUTENANT..... | 219.61 | 225.00 | 40.00 | 25.00 |

NOTES:- THE OPERATION OF LAW WITH REFERENCE TO LONGEVITY PAY WAS SUSPENDED ON JANUARY 1, 1933. (ACT - 032)

"IN COMPUTING PAY OF COMMISSIONED OFFICERS, THE LONGEVITY PAY EARNED FOR SERVICES RENDERED PRIOR TO JANUARY 1, 1933, SHALL BE BASED ON AN INCREASE OF TEN PER CENTUM FOR EVERY FIVE YEARS OF SERVICE COMPOUNDED EVERY FIVE YEARS, PROVIDED THAT THE INCREASE IN LONGEVITY PAY SHALL NOT EXCEED FIFTY PER CENTUM OF (SEC. 846, ADM. CODE.)

F. B. No. 136 — 5 —

"IN DETERMINING THE PAY AND RIGHTS OF RETIREMENT OF A COMMISSIONED OFFICER OF THE REGULAR FORCE OF THE ARMY OF THE PHILIPPINES, ACTIVE DUTY PERFORMED AS A COMMISSIONED OFFICER OR AS AN ENLISTED MAN IN THE ARMY OF THE UNITED STATES, AND/OR AS A CADET IN THE UNITED STATES MILITARY ACADEMY OR UNITED STATES NAVAL ACADEMY, PRIOR TO JANUARY 1, 1933 SHALL BE CREDITED TO THE SAME EXTENT AS SERVICE UNDER A REGULAR COMMISSION OR OTHER ACTIVE DUTY WITH THE ARMY OF THE PHILIPPINES. (SEC. 2, COM. ACT 150)

THE BASIC RATE OF PAY CORRESPONDING TO THE RANK HELD BY HIM AS AN OFFICER OF THE PHILIPPINE CONSTABULARY PRIOR TO THE TAKING EFFECT OF THE 15% SALARY REDUCTION PROVIDED IN ACT NO. 4032, INCLUDING LONGEVITY PAY EARNED UNDER SECTION 846 OF THE ADMINISTRATIVE CODE PRIOR TO JANUARY 1, 1933..... (E.O. 155, S. 1938.)

"........OFFICERS WHOSE DUTY REQUIRES REGULAR AND FREQUENT AERIAL FLIGHTS, SHALL RECEIVE AN ADDITIONAL COMPENSATION EQUIVALENT TO TWENTY-FIVE PER CENTUM OF THE MONTHLY PAY RECEIVED BY NON-FLYING PERSONNEL OF THE SAME RANK AND GRADE." (SEC. 2, ACT NO. 71.)

"PROBATIONARY THIRD LIEUTENANTS ARE ENTITLED TO: SUBSISTENCE ALLOWANCE OF ₱ P DAILY; PAY ₱.95 MONTHLY PLUS ₱0.05 DAILY; AND CLOTHING ALLOWANCE ₱50. CADETS ARE ENTITLED TO INITIAL ALLOWANCE ₱56. MONTHLY MAINTENANCE ALLOWANCE ₱80. 'RESERVE OFFICERS ON EXTENDED ACTIVE DUTY WITH THE REGULAR FORCE SHALL RECEIVE PAY AND ALLOWANCES AS PRESCRIBED BY LAW OR REGULATION FOR REGULAR OFFICERS OF THEIR RESPECTIVE GRADES.' (SEC. 95, COM. ACT NO. 1)

F. B. No. 136 - 6 -

## PAY AND ALLOWANCES OF ENLISTED MEN OF THE LINE

| GRADE | ANNUAL RATES | MONTHLY RATES | REEN-LIST-MENT BONUS | QUARTERS CITY MONTHLY | QUARTERS PROVINCE MONTHLY |
|---|---|---|---|---|---|
| | | 1 | 2 | 3 | |
| Master Sergeant | 540.00 | 45.00 | 45.00 | 16.00 | 12.00 |
| First Sergeant | 510.00 | 42.50 | 42.50 | 16.00 | 12.00 |
| Technical Sergeant | 486.00 | 40.50 | 40.50 | 16.00 | 12.00 |
| Staff-Sergeant | 432.00 | 36.00 | 36.00 | 16.00 | 12.00 |
| Sergeant | 360.00 | 30.00 | 30.00 | 12.00 | 8.00 |
| Corporal | 264.00 | 22.00 | 22.00 | 12.00 | 8.00 |
| First Class Pvt. | 204.00 | 17.00 | 17.00 | 8.00 | 8.00 |
| Private | 168.00 | 14.00 | 14.00 | 8.00 | 8.00 |

(Cont'd.)

| GRADE | INITIAL CLOTHING ALLOWANCE UPON RE-ENLISTMENT | ADDITIONAL CLOTHING ALLOWANCE UPON REENLISTMENT | DAILY CLOTHING ALLOWANCE | DAILY RATION ALLOWANCE |
|---|---|---|---|---|
| Master Sergeant | 38.40 | 16.00 | .16 | .30 |
| First Sergeant | 38.40 | 16.00 | .16 | .30 |
| Technical Sergeant | 38.40 | 16.00 | .16 | .30 |
| Staff-Sergeant | 38.40 | 16.00 | .16 | .30 |
| Sergeant | 38.40 | 16.00 | .16 | .30 |
| Corporal | 38.40 | 16.00 | .16 | .30 |
| First Class Pvt. | 38.40 | 16.00 | .16 | .30 |
| Private | 38.40 | 16.00 | .16 | .30 |

"1. Effective September 5, 1938, Section 89 (A) Com. Act No. 1 as amended by Section 11, Com. Act No. 385.

"2. An enlisted man who reenlists within two months after his discharge by reason of the expiration of his term of enlistment shall receive a reenlistment bonus equivalent to one month's pay of the grade held at the time of his discharge. (Sec. 89 (A) Com. Act. No. 1)"

"ENLISTED MEN WHO ARE NOT FURNISHED GOVERNMENT QUARTERS"

---

Annex "C" (p. 4)

F. B. No. 136 - 7 -

"Grades and pay of enlisted men of the Reserves shall be the same of the Regular Force, except that enlisted men shall receive no pay while on inactive status, or while undergoing annual active duty training." (Sec. 89 (b) Com. Act. No. 1)

## PAY AND ALLOWANCES OF ENLISTED MEN AIR CORPS

| GRADE | BASE PAY 1. ANNUAL RATES | MONTHLY RATES | REEN-LIST-MENT BONUS | QUARTERS CITY | QUARTERS PROVINCE |
|---|---|---|---|---|---|
| | | | 2. | 3. | |
| Master Sergeants | 1,020.00 | 85.00 | 85.00 | 16.00 | 12.00 |
| Technical Sergeants | 960.00 | 80.00 | 80.00 | 16.00 | 12.00 |
| Staff Sergeants | 900.00 | 75.00 | 75.00 | 16.00 | 12.00 |
| First Sergeants | 510.00 | 42.50 | 42.50 | 16.00 | 12.00 |
| Sergeants | 432.00 | 36.00 | 36.00 | 12.00 | 8.00 |
| Corporals | 324.00 | 27.00 | 27.00 | 12.00 | 8.00 |
| First Class Pvt. | 264.00 | 22.00 | 22.00 | 8.00 | 8.00 |
| Privates | 204.00 | 17.00 | 17.00 | 8.00 | 8.00 |

(Cont'd.)

| GRADE | INITIAL CLOTHING ALLOWANCE | ADDITIONAL CLOTHING ALLOWANCE UPON RE-ENLISTMENT | DAILY CLOTHING ALLOWANCE | DAILY RATION ALLOWANCE |
|---|---|---|---|---|
| Master Sergeants | 38.40 | 16.00 | .16 | .30 |
| Technical Sergeants | 38.40 | 16.00 | .16 | .30 |
| Staff Sergeants | 38.40 | 16.00 | .16 | .30 |
| First Sergeant | 38.40 | 16.00 | .16 | .30 |
| Sergeants | 38.40 | 16.00 | .16 | .30 |
| Corporals | 38.40 | 16.00 | .16 | .30 |
| First Class Pvt. | 38.40 | 16.00 | .16 | .30 |
| Privates | 38.40 | 16.00 | .16 | .30 |

"1. Effective September 5, 1938, Section 89 (A), Com. Act No. 1 as amended by Section 11, Com. Act No. 385.

"2. An enlisted man who reenlists within two months after his discharge by reason of the expiration of his term of enlistment shall receive

"1. Effective September 5, 1938, Section No. 89
(a) Com. Act. No. 1 as amended by Section 11,
Com. Act No. 385.

"2. An enlisted man who reenlists within two
months after his discharge by reason of the ex-
piration of his term of enlistment shall receive
a reenlistment bonus equivalent to one month's
pay of the grade held at the time of his dis-
charge. (Sec. 89 (A) Com. Act No. 1)

"3. Enlisted men who are not furnished government
quarters shall be allowed commutation for quarters
at the rates prescribed above for their grades.

A reenlistment bonus equivalent to one month's pay
of the grade held at the time of his discharge.
(Sec. 89 (A) Com. Act No. 1)

"3. Enlisted men who are not furnished government
quarters shall be allowed commutation for quarters
at the rates prescribed above for their grades.

"Enlisted men who qualify as air mechanics,
first, second, and third class, shall receive a
monthly pay of seventy-five pesos, fifty pesos,
and twenty-five pesos, respectively. (Sec. 89
(A) Com. Act No. 71)

"PAY AND ALLOWANCES OF ENLISTED MEN MEDICAL SERVICE
AND PHILIPPINE MILITARY BAND

| GRADE | BASE PAY 1. ANNUAL RATES | MONTH-LY RATES | REEN-LIST-MENT BONUS 2. | QUARTERS CITY | QUARTERS PROVINCE 3. |
|---|---|---|---|---|---|
| MEDICAL SERVICE | | | | | |
| Master Sergeant...... | 540.00 | 45.00 | 45.00 | 16.00 | 12.00 |
| First Sergeant...... | 510.00 | 42.50 | 42.50 | 16.00 | 12.00 |
| Technical Sergeant.. | 486.00 | 40.50 | 40.50 | 16.00 | 12.00 |
| Sergeant............ | 432.00 | 36.00 | 36.00 | 12.00 | 8.00 |
| Corporal............ | 336.00 | 28.00 | 28.00 | 12.00 | 8.00 |
| Private............. | 264.00 | 22.00 | 22.00 | 8.00 | ..... |
| PHILIPPINE MILITARY BAND | | | | | |
| Assistant Conductor | 1,440.00 | 120.00 | 120.00 | ..... | ..... |
| Soloist, Professor | 960.00 | 80.00 | 80.00 | ..... | ..... |
| First Class Musician | 768.00 | 64.00 | 64.00 | ..... | ..... |
| Second Class Musician | 672.00 | 56.00 | 56.00 | ..... | ..... |

| (Cont'd.) GRADE | INITIAL CLO. ALLOW | ALLOWANCES ADDITIONAL C.A. UPON REENLISTMENT | DAILY CLOTH- & RATION AL-LOWANCE |
|---|---|---|---|
| MEDICAL SERVICE | | | |
| Master Sergeant..... | 38.40 | 16.00 | .30 |
| First Sergeant...... | 38.40 | 16.00 | .30 |
| Technical Sergeant.. | 38.40 | 16.00 | .30 |
| Sergeant............ | 38.40 | 16.00 | .30 |
| Corporal............ | 38.40 | 16.00 | .30 |
| Private............. | 38.40 | 16.00 | .30 |

H. K. Loughry,
Major General,
Chief of Finance.

Annex "D"

**SECRET**

AT THE NATIONAL ARCHIVES
DECLASSIFIED
Authority NND 740112
By RAD NARA Date 10/24

...NICATION SERVICE

NAVY DEPARTMENT

NPM 3558 RDO FT MILLS CK 91 GOV'T WP 22ND 123 GOVT WD AG WAR WASHN

The scale of pay of American and Philippine Army officers and the scale of pay of non commissioned officers and soldiers of the American, the Scout and the Philippine Army all differ. I recommend the enactment of legislation to the effect that all officers and soldiers inducted into the American Service received for the duration of the war the same pay received by the American Army. The equalization of battle on soldiering needs no further elaboration of argument to support such action.

MACARTHUR

CXMX 22 Feb  545/5385

**SECRET**

PRODUCED AT THE NATIONAL ARCHIVES

DECLASSIFIED
Authority NND 740112
By RAD NARA Date 10/24

Annex "E"

AG 240 (3-9-42)    COPY

CONFIDENTIAL        March 9, 1942
                    9:55 am

FROM: Ft. Mills, P.I.

TO: AGO

No. 453 from Ft. Mills March 9th

093.1 (3-9-42)

M(P (3-6-42)

  The President of the Commonwealth has this date issued an Executive Order fixing the rates of pay of officers of the Philippine Army equal to that of the United States Army, and fixing the pay of enlisted men at the rates provided for the Philippine Scouts. He is desirous of fixing pay of soldiers at the rates prescribed for the United States Army but yielded on this point in order not to exceed the pay of Scouts. I urge that the War Department endeavor to secure immediate action on the recommendations contained in my radio RN number 3 February 22d to the effect that the pay of all officers and soldiers fighting in this theatre be fixed at that prescribed for the United States Army. The question is one of intense interest to the troops here and directly affect their morale and fighting spirit. Can you not let me know without delay so that I may tell them that the War Department is endeavoring to accomplish this end.

MACARTHUR

CONFIDENTIAL

EXACT COPY

March 10, 1942

MEMORANDUM

DECLASSIFIED
Authority NND 740112
By [illegible] NARA Date 10/24

CONFIDENTIAL

The attached message from General MacArthur brings up the issue of whether or not, at least for this emergency, we should pay the Filipino soldier the same amount that is paid to the U.S. soldier who is fighting alongside him in the Philippines. Heretofore, the view has been that the difference between the living requirements of the U.S. soldier and the native in the Philippines, especially in view of the U.S. soldier's higher standard of living, made it appropriate to pay the Filipino in Mex pesos what was paid to the U.S. soldier in U.S. currency -- in other words, 50 per cent less than our schedule. At the present time there is no question of different standards of living as they are fighting together on a common basis of rations and equipment and everything else. It would therefore, appear in the interests of morale that General MacArthur's request should be granted, that is, we should endeavor to secure the necessary authority -- I presume legislative -- to permit the payment of the Filipino soldier on a U.S. standard.

There are these involvements:

The number of soldiers involved will be somewhat indeterminate because it will be difficult to state just how many of those in the provinces continue to perform the duties of soldiers. Also there will be the irregular status of those engaged in guerrilla warfare.

There will also be the possible issue of the continued payment, on a U.S. standard, to Filipino prisoners of war.

Finally we might by this action become involved in the question of the rate of pay of Chinese soldiers.

My recommendation is that we meet General MacArthur's request by wiring him that the War Department will immediately institute measures to bring about the pay standards he has recommended.

(Dictated over the telephone by General Marshall.)

G. C. MARSHALL,
Chief of Staff.

Per

DWIGHT D. EISENHOWER,
Brigadier General,
Assistant Chief of Staff.

1 Incl:
   Message No. 453 from
   Gen. MacArthur, 3-9-42.

CONFIDENTIAL

(COPY)

REPRODUCED AT THE NATIONAL ARCHIVES

DECLASSIFIED
Authority NND 740112
By KAD NARA Date 12/24

Annex "G"
(p. 1)

WDGAP/240 (6-10-42)                               July 30, 1942.

MEMORANDUM FOR THE LEGISLATIVE AND LIAISON BRANCH (Thru Office, Chief of Staff):

Subject:  Status of S. 2387 – An act to equalize the pay of all personnel in the United States Army, the Navy, the Philippine Scouts, and the Philippine Commonwealth Army.

I. Discussion.

1. S. 2387 authorizes the Secretary of War to fix the pay and allowances of personnel of the Philippine Army not to exceed that of the officers and enlisted men of the Army of the United States. The Secretary of War is authorized, by Section 11 of the Pay Readjustment Act of 1942, to take similar action with respect to the enlisted men of the Philippine Scouts. Officers of the Philippine Scouts receive the pay and allowances of officers of the Regular Army.

2. This proposed legislation was sponsored by the War Department at the urgent request, made from Bataan, of General MacArthur (3-8-42).

3. S. 2387 passed the Senate March 30, 1942, and was reported out favorably by the House Military Affairs Committee on May 7, 1942. It is on the consent calendar of the House, and was passed over without prejudice on June 1, June 15 and July 21, 1942, respectively.

4. The appointment and enlistment in the Army of the United States of officers and enlisted men of the Philippine Commonwealth Army and enlisted men of the Philippine Scouts who are serving outside the Philippine Islands were recently authorized. Personnel of the Philippine Scouts and the Philippine Army so appointed or enlisted will thus receive the pay and allowances of the Army of the United States.

5. Personnel of the Philippine Scouts and the Philippine Army who are prisoners of war or serving in the Philippine Islands, beyond the control of the United States, would alone be affected by the enactment of S. 2387. No need now exists from a strategic or economic consideration for the Secretary of War to equalize the pay and allowances of the Philippine Scouts or the Philippine Army with that of the Army of the United States, as provided by the proposed legislation. The Chief of Finance (Colonel Webber) estimates that such equalization would

COPY TO ACCOMPANY ORIGINAL

DECLASSIFIED
Authority NND 740112
By KAD NARA Date 10/24

REPRODUCED AT THE NATIONAL ARCHIVES

Annex "G"
(p. 2)

annually cost about $100,000,000 which payments would take the form of credits payable at the termination of the war.

II. Action recommended.

That necessary action be taken by the War Department to inform the Congress that no need now exists for the enactment into law of S. 2387.

III. Concurrence.

Assistant Chief of Staff, OPD (    ).

DONALD WILSON,
Brigadier General,
Assistant Chief of Staff.

REPRODUCED AT THE NATIONAL ARCHIVES

DECLASSIFIED
Authority NND 740112
By [KAD] NARA Date 1/24

Annex "H"
(p. 1)

War Department Dec ... Information-Filing Form
Division

8-6/407
(7-31/2153)

NO (7-30-42)

Returned action radio to:
OPD Classified Message Center

RMY         8-9
(initials)   (Date)

COPY OF ROUTING SHEET TO BE
FILED ONLY BY [...] SECTION

**Subject:** Status of S 2307 - An Act to Equalize the Pay of all Personnel in the United States Army, Navy Philippine Scouts, and the Philippine Commonwealth Army.

Date: 7-30-42    Origin: G-1

**Digest:** Radio SWPA 8-6-42 No. C-212 (CM-IN-2218). Radio was sent to MacArthur 8-3-42 informing him of status of bill and asking his recommendations as to whether or not bill should be enacted. In radio 8-7-42, MacArthur states that although request was made at a time when the Philippine Army was in actual combat and this Army has since been destroyed, the bill was so thoroughly publicized that to withdraw it now would be a blow to Philippine anticipations. Enemy propaganda agencies would charge breach of faith after usefulness of Filipino troops had been utilized to destruction. Suggest President Quezon be consulted before negative action is taken.

**Action:** Noted. No action necessary. See OPD 320.2 Aus (7-22-42) in which action was taken.

Section  SWP

To:
- [ ] African-Middle Eastern
- [ ] Asiatic
- [ ] European
- [ ] Latin American
- [ ] North American
- [ ] Pacific
- [x] Southwest Pacific
- [ ] Troop Movements

Theaters

- [ ] Current
- [ ] Resources & Require.

Logistics

- [ ] Combined Subjects
- [ ] Future Operations
- [ ] Strategy

Strategy & Policy

Comments:

Recommendation: File in OPD.

Section Chief _____ Date ____
Group Chief _____ Date ____
Concurrence:

- [ ] 
- [x] Executive, OPD
- [ ] Deputy A.C. of Staff
- [ ] A.C. of Staff
- [ ] Dispatch Desk
- [ ] Dispatch
- [x] File

Action by Col. Remaley
Signed _____   Date 8-8-42
1942

DECLASSIFIED
Authority NND 74-112
By KD NARA Date 1/7/74

REPRODUCED AT NATIONAL ARCHIVES

Annex "H"
(p. 2)

II. Recommendation.
That the pay bill remain on the calendar in the House until a substitute bill can be drawn which will equalize compensation as well as provide in some measure for the tremendous economic readjustments that will be necessary at the close of this war.



AUG -9 42 PM

OPD WDGS

THOS. T. HANDY,
Major General,
Assistant Chief of Staff.

rln

MEMORANDUM FOR RECORD:

1. Gen. MacArthur was informed by radio No. 378, July 10, 1942, of the proposed action of G-1, and his recommendations were requested.

2. In C-12, August 6, MacArthur recommended that the bill not be withdrawn; that its administration could be equitably handled through boards of officers. He suggested that Pres. Quezon should be consulted before any negative action is taken.

3. In a non-concurrence in the proposed memo of G-1, a recommendation is made that the pay bill remain on the calendar in the House until a substitute bill can be drawn which will equalize compensation as well as provide in some measure for the tremendous economic readjustments that will be necessary at the close of this war.

4. Gen. MacArthur's reply has been discussed with Col. Nowland, G-1, and he agrees with the recommendations here proposed.



Case 1:06-cv-00477-RMC    Document 1-2    Filed 03/13/2006    Page 16 of 17
REPRODUCED AT THE NATIONAL ARCHIVES

DECLASSIFIED
Authority NND 74·112
By KH D NARA Date 1/24

OPD CONFIDENTIAL
JWCR
5505      O.P.D.,G.S.

Annex "H"
(p. 3)

OPD 240 (7-30-42)

Status of S. 2387 - An Act to Equalize the Pay of all Personnel in the U.S. Army, the Navy, and the Philippine Scouts, and the Philippine Commonwealth Army.          August 8, 1942.

X G-1

X Disapproved

I. Discussion.
   1. The problem as it appeared here centered around the possibility of administering this act in equity to all.

   2. It was felt that to take positive steps to withdraw this bill from the calendar would be simply handing the enemy a propaganda tool to further create discontent among the Far Eastern people and be interpreted by the Japanese as outward evidence of our lack of faith.

   3. A monetary value cannot be placed on good will. Such is particularly true in this case in that the ultimate costs of the act cannot be foreseen.

   4. The recommendations of General MacArthur in this connection were requested. He replied in substance that his original recommendation for pay equalization was designed to strengthen morale. He admits that the Filipino force is no longer extant and that its records were probably destroyed upon the capture of Corregidor, but maintains that boards of officers in the Philippines could unquestionably administer the act. He further states that the pay bill was so thoroughly publicized that it dare not be withdrawn without a severe blow to all the hopes of the Filipinos to be regarded in equality with the white race. The Japanese would most certainly charge breach of faith and capitalize through propaganda agencies. He further suggests that President Quezon should be consulted before any negative action is taken.

OPERATIONS DIVISION

CONFIDENTIAL

Immigration and Naturalization Service

Supplemental Annex "A"

Office of the Commissioner

425 Eye Street N.W.
Washington, D.C. 20536

CO 703.1893

The Honorable Eleanor Holmes Norton
Member of Congress
815 15th Street, NW, Suite 100
Washington, DC 20005-2201

APR 28 1993

Dear Congresswoman Norton:

Thank you for your letter of March 25, with enclosures regarding your constituent, Father Prisco E. Entines, who is interested in ascertaining if he obtained any rights of American citizenship, as he was born in the Philippines during the time that the Philippines were American territory.

When the Philippines voted for independence in 1946, all former American nationals of the Philippines lost their status as American nationals, and became nationals of the Philippines only. Therefore, Father Entines can obtain no immigration benefits as a result of being born in the Philippines while those islands were United States territory.

Father Entines also mentions that his father, Mr. Enrique Hapa Entines, was denied posthumous citizenship. He failed to enclose a copy of that denial, so we cannot comment. However, though the Posthumous Citizenship for Active-Duty Service Act did provide for the posthumous granting of citizenship to certain aliens who died while serving with United States armed forces during certain periods of hostilities, that Act also provided that no immigration benefits could be accrued by survivors of the deceased so naturalized.

Father Entines may wish to file an application to apply for naturalization, so we have enclosed a copy of Form N-400.

We appreciate your interest in this matter. If we may be of assistance in the future, please do not hesitate to communicate with this office.

Sincerely,

FOR THE COMMISSIONER

Ralph B. Thomas
Acting Director
Congressional & Public Affairs