AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

RECEIVED
NOV 1 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

REV. FR. PRISCO E. ENITNES
PLAINTIFF

v.

UNITED STATES OF AMERICA
DEFENDANT

SUMMONS IN A CIVIL CASE

CASE NUMBER: 1:06-CV-00477-RMC

TO: (Name and address of Defendant)   The U.S. District Attorney of the District of Columbia - Department of Justice
555 4th St. NW
Washington, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~ATTORNEY~~ (name and address)

Rev. Fr. Prisco E. Entines - In Pro Per -
419 N. Mountain View Ave. #207
Los Angeles, CA - 90026
Cell: (213) 675-9092
Email: Frentines@hotmail.com

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                              9/19/2006

CLERK                                                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me | 9/19/06 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| PRISCO E. ENTINES | Pro Se Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): VIA CERTIFIED MAIL WITH RETURN CARD AT 14TH ST. N.W. WASHINGTON POSTAL OFFICE

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/16/06
                    Date                    Signature of Server

Address of Server: Mountain View Ave, #707
Los Angeles, CA 90026

RECEIVED NOV 1 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
The U.S. District Attorney of the District of Columbia
Dept of Justice
555 4th St. NW
Wash. D.C. 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery: SEP 2 5 2006

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☑ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7005 2570 0001 8453 9176

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540