UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PRISCO E. ENTINES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-477 (RMC) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

**PRAECIPE**

THE CLERK OF THIS COURT will please enter the appearance of Assistant United States Attorney Jane M. Lyons as counsel for the defendant in the above-captioned case.

Dated: November 22, 2006.

Respectfully submitted,

/s/
JANE M. LYONS, D.C. Bar #451737
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. - Room E4822
Washington, D.C. 20530
(202) 514-7161 / (202) 514-8789 (fax)
Jane.Lyons@usdoj.gov

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 22nd day of November, 2006, a true and correct copy of the foregoing **PRAECIPE** was served upon pro se plaintiff by first class United States mail, postage prepaid marked for delivery to:

Rev. Fr. Prisco E. Entines
419 North Mountain View Ave - #207
Los Angeles, California 90026

                                                      /s/
                                                  JANE M. LYONS, D.C. Bar # 451737
                                                  Assistant United States Attorney
                                                  United States Attorney's Office
                                                  Civil Division
                                                  555 4th Street, N.W. - Room E4822
                                                  Washington, D.C.  20530
                                                  (202) 514-7161