UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PRISCO E. ENTINES, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-477 (RMC) |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

**DEFENDANT'S CONSENT MOTION FOR EXTENSION
OF TIME TO RESPOND TO THE COMPLAINT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant hereby moves to extend by less than two weeks its deadline for filing a response to the complaint in this case. Specifically, Defendant requests that the deadline for responding be extended from November 24, 2006 through and including December 4, 2006. This is the defendant's first request for an extension to respond to the Complaint in this matter. Upon consultation by e-mail on November 22, 2006, Plaintiff, who is representing himself in this matter, graciously consented to the relief being sought in this motion. The grounds for this motion are set forth below.

In this action, Plaintiff seeks multiple forms of redress from the United States based on his father's military service during World War II in the Philippine Constabulary and/or the Philippine Commonwealth Army. See Complaint, generally. The Complaint references a prior case brought by Plaintiff in the United States Court of Federal Claims which appears to have been dismissed based on the applicable statute of limitations. See Complaint, ¶ 15.[1]

---

[1] See also Entines v. Unite States, 39 Fed. Cl. 673 (Fed. Cl. Dec. 16, 1996), aff'd, 185 F.3d 881 (Fed. Cir. Jan. 14, 1999), cert. denied, 526 U.S. 1117 (1999).

Undersigned counsel with daily responsibility for this case has also discovered that Plaintiff filed another case in the Court of Federal Claims shortly before he filed the Complaint in this action. Both cases present a number of unusual theories.

The U.S. Attorney's Office was served with the summons and complaint in this case on September 25, 2006. Accordingly, defendant's response is currently due on November 24, 2006, which is the day after the Thanksgiving holiday, and a day on which undersigned counsel with daily responsibility for this matter had planned to be out of the office. Defendant anticipates filing a dispositive motion. Although undersigned counsel has been working on this matter, counsel has a docket of active cases and has not yet had sufficient time to complete the motion. In particular, during the week prior to the current deadline, when undersigned counsel had received most of the materials related to Plaintiff's other cases, counsel appeared for a lengthy pretrial conference on November 16, 2006 in <u>Desmond v. Gonzales</u>, Civil Action No. 03-1729 (CKK), and for oral argument in the D.C. Circuit in <u>Boyd v. United States Marshals Service</u>, No. 05-5142, on November 17, 2006. Although counsel still believed that it would be possible to analyze all of the claims and prepare a dispositive motion during the week of November 20, 2006, an emergency matter arose in another case which consumed several hours and prevented counsel from completing the motion. Accordingly, good cause exists for the relatively short extension of time being sought.

This motion is filed in good faith and granting it will not unduly or unfairly prejudice Plaintiff or unduly delay the Court's ability to resolve this case. Indeed, allowing Defendant a reasonable and sufficient amount of time at the outset to file an appropriate dispositive motion should ultimately streamline this litigation.

WHEREFORE, based on the foregoing, the defendant respectfully requests that the time for responding to the Complaint be extended to and including December 4, 2006. A draft order consistent with the relief sought herein is attached.

Dated: November 22, 2006.

        Respectfully submitted,

        _____
        JEFFREY A. TAYLOR, D.C. BAR # 498610
        United States Attorney

        _____
        RUDOLPH CONTRERAS, D.C. BAR # 434122
        Assistant United States Attorney

        /s/_____
        JANE M. LYONS, D.C. BAR # 451737
        Assistant United States Attorney
        Civil Division
        555 4th Street, N.W. - Room E4822
        Washington, D.C.  20530
        (202) 514-7161

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 22nd day of November, 2006, a true and correct copy of the foregoing **DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT** and proposed order were served upon pro se plaintiff by first class United States mail, postage prepaid marked for delivery to:

Rev. Fr. Prisco E. Entines
419 North Mountain View Ave - #207
Los Angeles, California 90026

  /s/
JANE M. LYONS, D.C. Bar # 451737
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. - Room E4822
Washington, D.C. 20530
(202) 514-7161