# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PRISCO E. ENTINES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-477 (RMC) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

UPON CONSIDERATION of Defendant's Consent Motion for Extension of Time to Respond to the Complaint and the record herein, and it appearing that good cause exists for the requested extension, it is by the Court this _____ day of _____, 2006,

**ORDERED**, the Defendant's motion be, and hereby is, **GRANTED**; and it is further

**ORDERED**, that Defendant shall have through and including **December 4, 2006** to file a response to the Complaint.


_____
ROSEMARY M. COLLYER
United States District Court Judge


Copies:
By ECF to Counsel for Defendant:
Jane.Lyons@usdoj.gov

By U.S. Mail to Plaintiff:
Rev. Fr. Prisco E. Entines
419 North Mountain View Ave - #207
Los Angeles, California 90026