OCMH-94
C 1
1921

# THE STATUS OF MEMBERS OF PHILIPPINE MILITARY FORCES DURING WORLD WAR II

OCMH DA Study for TJAG DA
June 1973

PART I

CATEGORIES OF PHILIPPINE PERSONNEL

Basic to any consideration of Philippine veterans' claims is an examination of the various categories of Filipinos concerned. The following listing may not be all-inclusive, but it covers the major categories discovered during the rather brief research time allowed for this study.

1. Members of the Philippine Army (PA) and Philippine Constabulary (PC) called into the service of the U.S. Armed Forces in accordance with President Roosevelt's Military Order of 26 July 1941 and released from such service in accordance with President Truman's Military Order of 29 June 1946 (effective 2400 30 June 1946)

2. Members of the PA and PC who transferred into the Army of the United States (AUS) in accordance with the authority contained in Section II, War Department Circular 220, 7 July 1942. (No specific rescission of this authority has been found).

3. Philippine nationals (apparently almost entirely civilians) who enlisted in the AUS in accordance with the authority contained in Paragraph 6c, AR 600-750, 30 September 1942. (No specific rescission of this authority has been found). At least two sub-categories exist for this group:

a. Members of the 1st Filipino Regiment (AUS) and the 2d Filipino Battalion (AUS). These two units were raised in CONUS during World War II and were largely composed of Phillipine nationals resident in CONUS.

The pay scale of these two units was the same as for other AUS personnel.

6. Philippine civilian nationals who enlisted in other AUS units in CONUS or overseas (as in Australia) during World War II.

4. Filipino members of the Philippine Scouts raised in accordance with pre-war regulations. Such Filipinos broke down into two sub-categories, those of Philippine citizenship and those of U.S. citizenship. The Philippine Scouts raised in accordance with pre-war regulations (just short of 12,000 at the outbreak of World War II) were members of the U.S. Regular Army. For further information on the Scouts, see Part V of this study.

5. Members of the pre-war Philippine Scouts (PS) who transferred into the AUS during World War II in accordance with the authority contained in War Department Radio No. 227, 27 July 1942.

6. Members of the pre-war PS recovered after the U.S. re-entry into the Philippines in October 1944 who, taking a discharge from the PS, re-enlisted in the AUS in accordance with the authority contained in War Department Radio No. W-50829, 27 October 1944. According to CINCAFPAC (MacArthur) Radio No. C-32593, 11 August 1945, over 6,700 Scouts were in this category as of August 1945.

7. Members of the PS raised in accordance with the 1945 PS program under the provisions of the Armed Forces Voluntary Recruitment Act of 6 October 1945 -- PL 190, 79th Congress. (This authority rescinded by War Department Radio (number unknown) 13 October 1948. Reference is made to this radio in G-1 War Department File CSGPA 312 P.S. (31 August 1948). National Archives). A number of complex sub-categories exist

for the "new" PS, depending upon whether the "new" PS are to be considered as AUS, U.S. Regular Army, or some other category:

a. Members of the pre-war PS who did not take a discharge from the pre-war PS and who did not transfer to the AUS before the initiation of the 1945 PS program.

b. Members of the pre-war PS who, having transferred into the AUS in accordance with WD Radio No. W-50829, 27 October 1944, transferred back into the "new" PS.

c. Former members of the PA and PC who transferred to the "new" PS, in two sub-categories:

(i) PA and PC personnel who transferred into the AUS during World War II in accordance with previously cited authority.

(ii) Personnel of the PA as reconstituted in accordance with Commonwealth President Osmeña's Executive Order No. 21 of 28 October 1944.

d. Philippine civilian nationals without any prior military service of any kind who joined the "new" PS under the 1945 program.

8. Members of the PA as reconstituted in accordance with President Osmeña's Executive Order No. 21 of 28 October 1944, published "for the information and guidance of all concerned" by United States Army Forces in the Far East (USAFFE, General Douglas MacArthur) Circular No. 100, 17 November 1944. This group also involves some complex sub-categories:

a. Osmeña Executive Order No. 21 stated that "All persons, of any nationality or citizenship, who are actively serving in recognized military forces in the Philippines, are hereby considered to be on active

service in the Philippine Army." "Recognized military forces" were those guerrilla organizations recognized by CINCSWPA/CINCAFPAC (General MacArthur) both by 28 October 1944 as well as subsequently. No record has been found of any objection to the Osmeña Executive Order No. 21 on the part of the War Department or any other U.S. agency.

b. Members of the reconstituted PA who were called into the service of the U.S. Armed Forces after U.S. re-entry into the Philippines, under the continuing authority of President Roosevelt's Military Order of 26 July 1941.

c. Members of units of the reconstituted PA that were not called into the service of the U.S. Armed Forces during the 1944 - 1946 period. From available evidence it is not clear that any such units existed -- if they did, records available to OCMH indicate that such units must have been few in number.

9. Members of the PA Offshore Patrol. This small element of the Philippine Army appears to have been under the operational control of the U.S. Navy -- specifically the 16th Naval District -- during the 1st Philippine Campaign, 1941 - 1942. Accordingly, it would be appropriate to consult the U.S. Navy for further information about the status of the Offshore Patrol. But it should be noted that GO 71, 3 July 1942, of HQ United States Army Forces in Australia (USAFIA), assigns a detachment of the Offshore Patrol, PA, to Ship and Gun Crew Command No. 1. The latter operated under the direct control of the Chief of Transportation Service, USAFIA, which clearly places the PA Offshore Patrol detachment under U.S. Army command. The date of USAFIA

GO 71 is before the effective date of WD Circular 220, 7 July 1942, authorizing members of the PA to transfer to the AUS. It is presumed that members of the PA Offshore Patrol detachment mentioned in USAFIA GO 71 transferred to the AUS after publication of WD Circular 220.

PART II

THE CHARACTER OF THE PHILIPPINE ARMY

The Philippine Army (PA) came into being with the passage of Philippine Commonwealth Act No. 1, 21 December 1935. * This act provided for a Philippine Regular Army of 10,000 troops, who would include the cadre of the 1st Regular Division, the Philippine Army Air Corps (about 500 troops in 1941), the PA Offshore Patrol (strength unknown), the already-established Philippine Constabulary (PC) of about 6,000 men, and various overhead units. In addition, the 1935 act provided for a PA Reserve Force that was to reach a total of 400,000 by mid-1946; when, in accordance with the Tydings-MacDuffie Act of 24 March 1934 (and subsequent legislation), the Philippine Commonwealth would achieve full independence.

Like the President of the United States, the President of the Philippine Commonwealth was Commander-in-Chief of Philippine armed forces.

* The general sources for this part of the study are: (1) Dr. Louis Morton, The Fall of the Philippines, in the series U.S. ARMY IN WORLD WAR II, (Washington, D.C.: OCMH DA, 1953). Long time member of OCMH, Dr. Morton is the author of two volumes on the Pacific War in the U.S. ARMY IN WORLD WAR II series. He is presently head of the History Department, Dartmouth College. (2) Dr. Stanley L. Falk, Bataan: The March of Death (New York: W.W. Norton, Inc., 1962). Author of other works on the Pacific War, Dr. Falk started his career in OCMH as research assistant for Dr. Morton. Dr. Falk is presently a GS-15 on the staff of ICAF. (3) Philippine Research and Information Section, Advance Echelon HQ USAFFE, "The Philippine Army: Its Establishment, Organization, and Legal Basis," MS dated 26 January 1945. (4) Order of Battle Branch, OCMH DA, "Order of Battle, U.S. Army in World War II, The War Against Japan, Command, Administrative, and Supply Organization," Ch. II, "First Philippine Campaign." MS prepared in 1949-1950.

At the top of the hierarchy of the PA stood Headquarters, Philippine Army. Headquarters consisted of a Chief of Staff, a Deputy Chief of Staff, and a Central General Staff of five staff divisions. This small general staff was modeled after that of the U.S. Army's general staff of the 1935 period.

The next step down the echelon of PA command were ten (10) Military Districts into which the Philippine Islands were divided. These Military Districts had missions and functions comparable to those of the pre-World War II Corps Area commands (later Service Commands) of the U.S. Army. Initially, each Military District was to raise and train one PA Reserve Division and, ultimately, each was to provide a total of three PA Reserve Divisions.

In peacetime each Military District was responsible for training, district military administration, and the distribution and maintenance of district military supplies and equipment. The Military District commanders were also responsible for preparation of defense plans and, in time of war, for executing those plans. However, civilian provincial (state) governors were responsible for the enforcement of mobilization laws and regulations.

Actually, the headquarters of the ten Military Districts were never adequately manned by sufficient experienced and knowledgeable officers to undertake all the functions assigned them. For example, although the Military District commanders were responsible for defense planning, the Office of the Military Advisor to the Commonwealth Government (Maj. Gen. Douglas MacArthur) actually prepared the defense plans for all the

major islands and many of the smaller ones. Then, after war broke out in December 1941, the headquarters of the Military Districts ceased to exist for all practical purposes and their personnel were absorbed into various other units.

The Philippine Army was organized into arms (Infantry, Artillery) and services (Quartermaster, Ordnance) paralleling those of the U.S. Army. Similarly, the tactical units of the Philippine Army were organized along U.S. Army lines, albeit on a much smaller scale. Thus, PA triangular infantry divisions of the 1941 period numbered some 7,500 troops as opposed to over 15,000 in a U.S. Army triangular infantry division of the same period. Infantry rifle companies of the Philippine Army numbered about 100 troops, constrasting to the nearly 225 of a 1941 U.S. Army rifle company. The PA divisions were, in essence, to be "light infantry" divisions, with equipment and armament of a "type suitable to the economy and terrain" of the islands. By the same token, it was not envisaged that the PA would have the extensive support system the U.S. Army boasted. Rather, support services of all types were to be provided on a minimal basis.

Over the long run, both American and Filipino planners intended that the equipment of the PA would be modernized -- as the Commonwealth could so afford -- beyond that supplied from American resources at the inception of the Philippine Army. Some efforts were made in this direction, especially after July 1941, but little had actually been accomplished by the outbreak of World War II. Take, for example, the 31st Division, PA. The division's basic weapon was the U.S. Army's World War I Enfield rifle, which had a stock too long for most Filipinos

to handle easily and which had a tendency to snap shell ejectors, which were in short supply. Divisional artillery consisted of a few British World War I 75-mm. weapons. Mortars were the World War I 3-inch type, and most of the shells for these mortars proved duds. The division's rifle companies had one Browning Automatic Rifle (BAR) per company, in contrast to eight BAR's in a U.S. Army rifle company. A few PA units had Springfield '03 rifles — superior to the Enfield — but none were issued the Garand M-1 rifle, mainstay of U.S. Army infantry during WW II. Another indication of shortages was the fact that shortly before WW II broke out the entire PA possessed only 48 75-mm. artillery weapons, the heaviest artillery within a PA division. At least 240 such artillery pieces were needed for the artillery of the 10 Reserve Divisions alone, while another 36 were required for field artillery training centers. In brief, at the outbreak of WW II, all PA units were seriously deficient in all types of arms and equipment.

Peacetime training of the PA was based upon a modified UMT concept, with all male Filipinos between the ages of 21 and 50 liable for military service. Training of the PA began on 1 January 1937, when an initial group of 20,000 men were called up. Plans called for two classes of 20,000 each year, basic training to extend over a period of 5 1/2 months. After this 5 1/2 months the trainees reverted to Reserve status. Training instructors were drawn largely from the para-military Philippine Constabulary* and were themselves trained by

---

* A rather militarized national police force founded in 1901, the Constabulary (PC) was part of the PA from 1935 to 1938. The two then separated, but as the armed forces of the Philippines were

called into the service of the U.S. Armed Forces beginning in July 1941, PC units again reverted to PA command and control. A few senior officers of the PC were detailed from the U.S. Army.

members of the U.S. Army's Philippine Scouts (PS) and specially detailed U.S. Army officers.

Throughout the peacetime training period -- i.e., to July 1941 -- the major problem for the PA was creation of an adequate officer corps. Some officers of the Philippine Constabulary (PC) transferred to the PA and proved generally well-qualified for their new roles. Some of the best officers of the nascent PA came from among Filipino junior officers and senior NCO's of the U.S. Army's Philippine Scouts. Such men usually rose rapidly to senior officer rank in the building PA. Yet, obtaining qualified junior officers and NCO's for the PA remained a constant problem. To help overcome the problem, the most promising men of each 5 1/2-month Reserve training classes were selected for an additional 6-month training for NCO status, and the best of the latter were then chosen for officer training and, upon graduation from OCS, were commissioned 3d Lieutenants in the PA. Other 3d Lieutenants came from ROTC units established at Philippine universities and colleges. Whatever the source, the PA Reserve, by late 1940, numbered approximately 4,800 officers and 104,000 EM.

At best, all training of the PA, either Reserve or Regular, was sketchy. Inadequate equipment and inadequate training facilities told part of the story, while an insufficient number of qualified instructors told the rest. In short, the PA faced far more serious training problems than did the U.S. Army during the 1939 - 1941 period, when even the

U.S. Army was often reduced to such training expedients as dropping tin cans down a stovepipe to simulate mortar fire.

President Roosevelt's Military Order of 26 July 1941 called the PA and PC into the service of the U.S. Armed Forces. The training and induction system, until then a basic responsibility of the PA, changed rapidly. Under the direction of the newly-formed Headquarters, United States Army in the Far East (USAFFE, General MacArthur in command), the U.S. Army Philippine Department * prepared training circulars and programs

* Until the establishment of USAFFE the Philippine Department was the highest ranking U.S. Army headquarters in the Far East.

for PA units inducted into USAFFE.

It was intended that the integration of the PA into USAFFE would take place in increments, with the first increment of the ten PA Reserve Divisions to be inducted on 1 September 1941. Mobilization of the entire PA (including PC) was to be completed by 15 December 1941.

Under the new training programs, each PA Reserve Division was to have about 40 U.S. Army officers and 20 U.S. Army (including PS) NCO's as instructors. This broke down further to two U.S. Army officers to each PA battalion and one U.S. Army NCO per PA company. As best it could, the U.S. Army's Philippine Department supplied the instructors from U.S. Army (including PS) units already in the Philippines, but a sizeable number of instructors, the bulk of them U.S. Army Reservists, came from officers shipped out to the Philippines beginning in July 1941. Whatever the source of the U.S. Army instructors for the accelerated PA training program, these instructors imposed a yet stronger patina of

the U.S. Army upon the PA.

In addition, the Philippine Department established special training schools. One, patterned after the Command and General Staff College at Ft. Leavenworth, trained U.S. Army and PA field grade officers for command and staff positions in PA divisions. Likewise, schools for the training of PA infantry cadres were established in each Military District, with U.S. Army personnel serving as instructors. Coast Artillery, Field Artillery, Engineer, Signal, Medical, and Quartermaster schools were also set up, with instructors coming from U.S. Army (including PS) units. Insofar as possible, given insufficient training personnel and aids, such schools followed U.S. Army programs.

Before induction into USAFFE, PA units were paid and supplied through Philippine Commonwealth sources. As elements of the PA (and PC) were inducted into USAFFE, the U.S. Army's Philippine Department took over responsibility for pay and supply, with the PA retaining those responsibilities for units and personnel not yet inducted into USAFFE. On or about 8 December 1941, the Philippine Department (under USAFFE) took over all responsibility for the pay and supply of all PA units and personnel. But actually, after the outbreak of World War II, PA units secured supplies wherever, however, and whenever they could.

The initial costs of mobilization, training, equipment, and pay of the Philippine Army after being called into the service of the U.S. Armed Forces came from a 10 million dollar allotment from President Roosevelt's Emergency Fund. Later, in December 1941, the U.S. Congress appropriated 269 million dollars for such purposes, to be made available to the Philippine Commonwealth Government as authorized by CG USAFFE

(MacArthur). (See Third Supplemental National Defense Appropriation Act, 1942 -- PL 353, 77th Congress).

Upon the outbreak of war the PA was not completely mobilized nor was the Constabulary (which passed to PA control upon induction into USAFFE). Thus, some PA units were not formally inducted into USAFFE until the publication of USAFFE GO 46 of 18 December 1941, ten days after the war began in the Philippines. As of the latter date the strength of the PA (including the PC, the Philippine Army Air Corps, and the Offshore Patrol) stood at approximately 120,000 officers and EM. Roughly, 76,750 of these troops were on Luzon Island; the other 43,250 were stationed on the islands to the south of Luzon.

After the bulk of USAFFE units on Luzon withdrew into the Bataan Peninsula, a movement completed in early January 1942, peak USAFFE strength on Bataan numbered approximately 85,000 troops, of whom about 63,750 were members of the Philippine Army. As of early April 1942, when the last bettle was joined, USAFFE strength on Bataan stood at approximately 78,100. While exact figures are not available (and never will be), this total may reasonably be broken down as follows:

| | |
|---|---|
| Philippine Army | 60,000 |
| Philippine Scouts | 6,300 |
| Americans | 11,800* |

* The bulk of the 11,800 Americans were of the U.S. Army and U.S. Army Air Corps, but the figure also includes small contingents of the U.S. Marine Corps and U.S. Navy.

In addition to the foregoing, USAFFE, in April 1942, employed about 6,000 Filipino civilians on Bataan and provided what food and

other care it could to some 20,000 Filipino civilian refugees. It appears that many of the latter refugees were dependents of PA personnel.

After the withdrawal into Bataan in January 1942 there were nine PA divisions deployed on the peninsula, while other Philippine Army personnel were to be found in non-divisional PA units and in various USAFFE overhead and service units. None of the PA divisions that were deployed on Bataan were up to their authorized strength of some 7,500 when they reached Bataan. At least two of the PA divisions lacked one of their three infantry regiments and at least two others lacked their field artillery regiments. In many of the divisions the field artillery, lacking artillery pieces, was "retreaded" and employed as light infantry. By early April 1942 the strongest PA division on Bataan, the 31st, had about 6,400 troops; the 71st PA Division was down to 2,500 troops; the 51st PA Division had been reorganized into a single regimental combat team of some 2,000 troops. All the other divisions were well under 6,000 men each.

In addition to the PA forces on Bataan, the USAFFE garrison included the U.S. Army's Philippine Division, built around one U.S. Army infantry regiment (the 31st Infantry) and two Philippine Scout infantry regiments (the 45th and 57th). Two other Philippine Scout regiments, both considerably understrength, were also on Bataan — the 26th Cavalry and 43d Infantry. Other U.S. Army forces on Bataan included artillery units, a provisional tank group of two light tank battalions, provisional infantry units formed largely from Air Corps personnel, and

finally technical service units. There was also a provisional infantry battalion made up of U.S. Navy and U.S. Marine Corps personnel.

From the inception of the Battle for Bataan in January 1942, USAFFE foresaw that food would probably be the most immediately serious problem in sustaining the troops on the peninsula against the Japanese offensive. Accordingly, on 5 January 1942 General MacArthur decreed that all troops on Bataan would have to go on half rations. Theoretically, this half ration would provide an American soldier with 36 ounces of food per day and a Filipino soldier with 32 ounces. But conditions steadily worsened and by mid-February 1942 both American and Filipino troops on Bataan were being issued only 27.7 ounces of food per day; by 5 March the daily issue had been reduced to less than 15 ounces. On 25 March the Bataan ration, in ounces per day was as follows: *

| | Americans | Filipinos |
|---|---|---|
| Rice | 8.5 | 10.00 |
| Flour | 1.44 | 0.0 |
| Canned Meat | 1.22 | 1.22 |
| Milk | 1.30 | 1.30 |
| Salt | 1.60 | 1.60 |
| Sugar | .48 | .48 |
| TOTAL | 14.54 | 14.60 |

* In the event fresh meat was available, 6 ounces of fresh meat would be substituted for the 1.22 ounces of canned meat for both American and Filipino personnel.

Clothing was another matter of concern. U.S. Army (including PS) units arrived on Bataan were reasonsbly well off for clothing initially. but PA units reached Bataan with only the scantiest clothing supplies.

A large portion of the PA forces had no raincoats, blankets, or shelter halves, and there were virtually none for issue. For example, as early as 13 January 1942 the American commander of the 91st PA Division reported that most of his EM had no uniforms other than well worn blue denim fatigues.

Both the food and clothing problems helped lead to serious health problems, complicated by the malaria-infested nature of the Bataan ecology. Malnutrition, vatimin deficiency, malaria, dysentery, and dengue fever affected both PA and U.S. Army units equally. By the time the final battle began in April, almost all PA and U.S. Army units were down to less than 25 percent of combat efficiency. Even the U.S. Army 31st Infantry, which had done less fighting than most other units on Bataan, had to leave one-third of its men behind when it was committed to battle on 4 April 1942, while the combat efficiency of the regiment's troops who moved into defensive lines that day was estimated at less than 50 percent.

With the preponderant strength on Bataan, the Philippine Army undertook the preponderant burden of the fighting and suffered the preponderant number of casualties, both from combat and disease. This is not to say that all the undertrained and underequipped PA units fought well -- in fact, some units performed rather poorly. But in general the PA obtained its combat training and learned its combat lessons the hard way -- in the crucible of combat itself. As far as the fighting and other military operations on Bataan were concerned, the PA units were doing exactly the same thing as were

the U.S. Army (including the Philippine Scouts) units on the peninsula.

The defense of Bataan Peninsula lasted from 7 January to 9 April 1942. The Japanese plans envisaged that Luzon would be secured within 50 days after the start of war on 8 December 1941. Instead, USAFFE forces on the mainland of Luzon held out for 122 days, while USAFFE forces on the fortified islands in Manila Bay -- 90 percent American troops -- held out until 6 May, another 27 days. The last "formal" surrenders of USAFFE forces in the islands south of Luzon -- also defended by a preponderantly PA force -- did not come until 9 June. General Homma, commanding Japanese Army forces in the Philippines, had firmly expected the Philippines to be well in hand by mid-February 1942. His miscalculation led to his relief from his command and from active duty.

USAFFE's principal mission had been to hold Manila Bay for six months, and this mission USAFFE accomplished almost to the day. This mission could not have been accomplished without the efforts of the Philippine Army, especially during the withdrawal into Bataan and the defense of that peninsula. Certainly, the less than 20,000 Americans and Philippine Scouts on Bataan could not have long held the peninsula against the equivalent of three divisions, with major air and artillery support, that General Homma brought to bear. Homma, indeed, had expected only weak opposition on Bataan and initially considered the operation a pursuit rather than a siege. He believed that there were only 45,000 American troops on Bataan, including

about 10,000 PA troops. Again he was wide of the mark.

Certainly, the PA units on Bataan could not have done the job by themselves, and American leadership, artillery, tank and other support played a major role in shaping the performance of the Philippine Army on Bataan. The wonder is not that the PA divisions on Bataan did not perform at the level one would expect of U.S. Army division. Rather, the wonder is that the poorly trained, poorly equipped, poorly supplied, and, at the lower levels of command, poorly led PA units did as well as they did.

In recognition of the fact that the PA was doing the same thing as U.S. Army troops in the Philippines, General MacArthur, on 22 February 1942, recommended equalization of PA scales to the U.S. Army rate. MacArthur stated in part: "The equalization of battle on soldiering needs no further elaboration of argument to support such action."* No action seems to have been taken immediately, but MacArthur

* Radio RN-3, MacArthur to War Department, 22 February 1942. A copy of this message is to be found in OPD WD File, OPD 240 (3-25-42), National Archives.

made a similar recommendation on 9 March 1942.* This second message

* Radio No. 435, MacArthur to AGO WD, 9 March 1942, copy in OPD WD File, OPD 240 (3-25-42), National Archives.

resulted in a memorandum of 10 March 1942 from General Marshall, Chief of Staff of the Army, to President Roosevelt recommending that the War Department initiate action to equalize PA pay with that of the U.S. Army. General Marshall stated in part:

"At the present time there is no question of different standards of living as they are fighting together on a common basis of rations and equipment and everything else. It would therefore, appear in the interests of morale that General MacArthur's request should be granted, that is, we should endeavor to secure the necessary authority — I presume legislative — to permit the payment of the Filipino soldier on a U.S. standard." *

---

* Memorandum (no subject), General Marshall to President Roosevelt, 10 March 1942, copy in OPD file, OPD 240 (3-25-42), National Archives.

---

Just what action President Roosevelt took is unknown, but he must have agreed with the Marshall and MacArthur arguments, for relevant legislation was introduced into Congress. S.2387, "An Act to Equalize the Pay of all Personnel in the U.S. Army, the Navy, and the Philippine Scouts, and the Philippine Commonwealth Army." passed the Senate on 30 March 1942 and was reported out favorably by the House Military Affairs Committee on 7 May 1942. However, with the surrender in the Philippines, the subject became rather moot, and no further action ensued. On the other hand, the affair apparently led more or less directly to Section II, WD Circular 220, 7 July 1942, which authorized members of the PA and PC to transfer into the AUS. (For additional information on pay scales and pay actions see Part IV of this study).

The story of the Philippine Army's role in the defense of Luzon does not end with the surrender on Bataan -- more horror stories followed. In brief, the Japanese were generally enraged by the fact that the people of the Philippines, and the PA especially, had not fallen for the propoganda baits of the "Greater East Asia Co-Prosperity Sphere" and "Asia for the Asiatics." Japanese hostility toward the PA was intense, and was first evidenced by the deliberate massacre of about

400 troops of the 91st PA Division on 12 April 1942. This atrocity was followed by the notorious Death March from Bataan to the POW compound at Camp O'Donnell, during which Japanese brutality toward Filipino prisoners far exceeded that meted out to American prisoners. Of some 60,000 Filipinos (including members of the U.S. Army's Philippine Scouts) who began the Death March from Bataan between 5,000 and 10,000 lost their lives during the trek. Of some 9,925 Americans who participated in the march, approximately 625 lost their lives. At Camp O'Donnell the Japanese separated the Filipinos and the Americans, and made every effort to prevent contact between the two groups. Again the treatment differed. In the first six or seven weeks at Camp O'Donnell some 1,600 Americans died, while at least ten times that number of Filipinos succumbed to deliberate brutality, starvation, and disease.

There was yet a sequel. Finding that their hostility toward Filipino POW's served largely to alienate all Filipinos, the Japanese occupation authorities reversed their attitude toward those POW's. The Japanese decided to release the Filipino POW's and for this purpose organized a rehabilitation and indoctrination program. But the program generally failed, and most of the released POW's soon joined an anti-Japanese guerrilla movement, either covertly or overtly.*

---

* For further information on Filipino POW's see the work of another recognized expert; David Joel Steinberg, Philippine Collaboration in World War II, (Ann Arbor: The University of Michigan Press, 1967), pp. 55 - 56. For further information on the guerrilla movement, see Part VI of this study.

The USAFFE forces on the islands south of Luzon were composed almost entirely of PA troops (including a PC regiment). Other than commanders and staff officers, the major U.S. Army force on the southern islands consisted of two companies of the 43d Infantry, Philippine Scouts. The untrained PA troops lacked personal and organizational equipment of all types. Artillery was in especially short supply and consisted, for the equivalent of four PA divisions, of only eight World War I type 2.95-inch mountain guns. Little sustained fighting took place in the southern islands except on Mindanao, where, in a brief campaign lasting from 29 April through 9 May 1942, the Japanese gained control of the island.

## PART III

## COMMAND AND CONTROL OF THE PHILIPPINE ARMY

### 1. The Position of General MacArthur.

General MacArthur, who was about to retire after service as Chief of Staff, U.S. Army, became the Military Advisor to the Government of the Philippine Commonwealth, with his appointment dating to 18 September 1935. The next year, on 19 June 1936, President Quezon of the Philippine Commonwealth, appointed General MacArthur Field Marshal of the Philippine Army. While this latter appointment was largely symbolic in nature, it technically gave MacArthur a degree of command and control over the Philippine Army second only to that of President Quezon, constitutionally commander-in-chief of Philippine armed forces. In effect, his position as Field Marshal of the PA had MacArthur outranking the Chief of Staff of the PA, MG Basilio J. Valdes (PA). However, there is no indication that MacArthur ever exercised his potential authority as Field Marshal of the PA -- he adhered instead, to the symbolic nature of the position.

Then, on 26 July 1941, MacArthur was recalled to active duty in the U.S. Army (initially as a major general but promoted to lieutenant general on 27 July) and placed in command of the newly-formed United States Army Forces in the Far East (USAFFE). This command consisted of the U.S. Army Philippine Department (before July 1941 the senior U.S. Army headquarters in the Far East) and those military forces of the Philippine Commonwealth called into the services of the U.S. Armed Forces.

Next, on 23 October 1941, General MacArthur also became commander of the Philippine Department. MacArthur did not actively exercise this additional command, but appointed a deputy, BG Allan C. McBride, to run the Philippine Department. After the outbreak of war the HQ Philippine Department ceased to exist (except on paper, for various legal reasons) and evolved into the USAFFE Service Command on Bataan.

Thus, when World War II came to the Philippines General MacArthur held the following positions:

a. Military Advisor to the Philippine Government. To all intents and purposes the Office of the Military Advisor closed out by 8 December 1941, and most of its personnel were transferred into the new HQ USAFFE.

b. Field Marshal of the Philippine Army. A largely symbolic position (from which derived the "scrambled eggs" on MacArthur's hat), but one of considerable potential significance.

c. Commanding General, USAFFE, in which capacity he had command over U.S. Army forces in the Philippines (and later throughout the Southwest Pacific Area) as well as command over Philippine Army forces called into the active service of the U.S. Armed Forces.

d. Commanding General, Philippine Department (U.S. Army), in which capacity he had administrative and logistical command over U.S. Army forces in the Philippines and, after the induction of PA forces into USAFFE, supply responsibility for PA forces.

2. <u>The Organization of USAFFE.</u>

During the 1st Philippine Campaign (until mid-March 1942) HQ USAFFE operated in much the same manner as the headquarters of a field army,

first in Manila and then on Corregidor Island in Manila Bay, off Bataan. Under USAFFE were three corps-level combat headquarters, North Luzon Force (which on Bataan became I Philippine Corps), South Luzon Force (which became II Philippine Corps), and the Visayan-Mindanao Force. All three of these corps-level headquarters were commanded by U.S. Army general officers. An earlier corps-level command, also under a U.S. Army general officer, was the Bataan Defense Force. This command, fleshed out by people from the more or less defunct HQ Philippine Department, envolved into the Service Command on Bataan, under a U.S. Army general officer. Also under a U.S. Army general officer were the Harbor Defenses of Manila Bay, numbering about 15,000 troops and including some 1,800 PA soldiers.

I Philippine Corps, II Philippine Corps, the Visayan-Mindanao Force, the Service Command, and the Harbor Defenses contained all the PA and U.S. Army (including the PS) troops available to MacArthur except for the USAFFE Reserve, the composition of which changed from time to time.* MacArthur did not have direct command of U.S. Navy and U.S. Marine Corps troops, but most of such troops the 16th Naval District (a U.S. Navy command) placed at MacArthur's disposal.

General MacArthur left the Philippines for Australia on 12 March 1942, taking most of the senior staff officers of HQ USAFFE with him. The command replacing HQ USAFFE on Corregidor was HQ United States Forces in the Philippines (USFIP), under LTG Jonathan Wainwright.

* The PA Offshore Patrol was probably excepted also.

This was a joint command, with command over all American and Filipino forces. About the same time, a new army-level command, Luzon Force, under a U.S. Army general, came into being on Bataan, with control over I Philippine Corps, II Philippine Corps, and the Service Command. Temporarily the Visayan-Mindanao Force was split into two commands, both under U.S. Army general officers, but was reconstituted as a single command at the end of the campaign.

3. The Status of the Philippine Army.

Ostensibly, the Philippine Army, after induction into USAFFE, was to retain its national integrity, with its own uniforms, its own scale of pay, its own promotion list, its own rations, and its own code of military law, with Philippine Army headquarters theoretically being responsible for discipline and punishment. But as the campaign wore on, such distinctions tended to disappear. For example, as has already been pointed out, the rations of PA and U.S. Army troops on Bataan evolved into being remarkably similar. Again, as has been noted, the U.S. Army took over responsibility for supply and pay of the PA as PA units were inducted into USAFFE.

Another problem is the status of HQ Philippine Army. A skeletonized headquarters of the PA withdrew to Corregidor, but during the night of 20/21 February 1942, MG Basilio J. Valdes (PA), Chief of Staff of the Philippine Army, left Corregidor with President Quezon. After spending some time in the Visayan Islands — whence communication with Corregidor and Bataan could only be classified as poor — General Valdes moved on to Australia in March 1942 and ultimately accompanied Quezon to CONUS. His departure from Corregidor left the PA without

an effective headquarters in the combat area.

In the field, as the combat developed, discipline had to be handled on an ad hoc basis. Examplary is the statement of COL Russell W. Volckmann (U.S. Army), sometime commander of the 11th Infantry, 11th PA Division, during the withdrawal into Bataan. The chronological context is 25 December 1941:

> "I halted the regiment in an assembly area in the bamboo thickets near the [Agno] river and ordered the units to feed their men. After chow, as I was studying my map and the orders assigning to the 11th Infantry a defensive sector along the south bank of the Agno, an automatic weapon suddenly blurted from the general direction of the river. Within a few seconds I witnessed what every military commander fears most: the heretofore orderly units of the 11th Infantry became a band of maniacs rushing about like so many leaves driven by a high wind. I drew my revolver and shouted to the American officers within hearing to drive every [Filipino] officer and man back into position along the river bank. . . . I then found a bugler and ordered Officers' Call sounded. When all were assembled, I informed them in no uncertain terms that this was the first and last time that men of this regiment would retreat without orders. I further emphasized that if ever again I saw an officer running to the rear or failing to do his utmost to stop his men from retreating without orders, I would shoot him on the spot."*

---

*COL Russell W. Volckman, We Remained: Three Years Behind the Enemy Lines in the Philippines, (New York: W.W. Norton & Company, Inc., 1954, p. 16. A graduate of the USMA, Class of 1934, Volckmann, as a U.S. Army captain and major, served as XO of the 11th Infantry, 11th PA Division, Acting Commander of the 11th Infantry, and G-2 of the 11 PA Division. He escaped from Bataan and came to command the most effective guerrilla unit on Luzon, the United States Army Forces in the Philippines (Northern Luzon); short title USAFIP(NL).

---

Of 13 PA divisions formed during the 1941 - 1942 period, only four (4) were commanded by PA officers. As Table I shows, not only were most of the PA divisions commanded by U.S. Army officers but also many of the infantry regiments and infantry battalions, along with

many of the field artillery units. In addition, many of the PA units retained their U.S. Army instructors (advisors in the Vietnam War context) during the campaign, and in many cases these instructors/advisors exercised the effective command and control over the PA units to which they were attached. Moreover, even within the PA divisions commanded by PA officers, U.S. Army personnel were to be found in various staff and command positions. Check, for instance, the regimental commanders of the 1st PA Division, the 2d PA Division, and the 21st PA Division as set forth in Table I.

Without a considerable more amount of time for basic research, it is impossible to tell how many more U.S. Army officers and NCO's held command and staff positions with the PA divisions. However, even with the limited numbers of such officers as shown in Table I, it would appear most difficult to make any generalized differentiation between PA and U.S. Army units except as was concerned unit strength and equipment. As pointed out in Part II of this study all the troops, whether U.S. Army or PA, were doing essentially the same thing.

Nor did the PA actually have a separate system of military law. A single citation is sufficient to prove the point:

> "The military code of the United States produced a salutary effect in the system of military justice in the Philippines. In fact, the first military law enacted by the National Assembly of the Philippines (Commonwealth Act No. 408) approved on September 14, 1938, and consisting of one hundred and twenty articles, is essentially American. It is a counterpart of the American Code of 1928. The only difference is the omission of the American article (A.W. 28) referring to certain acts constituting desertion, in the Philippine Articles of War. . . . The influence of the American code is still predominant." *

* Claro C. Gloria, Philippine Military Law, Annotated, (Quezon City, P.I.: Capitol Publishing House, Inc., 1956), p. 9. At the time he prepared this book, Gloria was a major in the Office of the JAG, Armed Forces of the Philippines. Gloria has an AB, BSE, and LLB from Philippine universities, an LLM from Indiana, and an LLM from Harvard. (Underlining in the quotation supplied by the arthur of this study.)

## TABLE I

### COMMAND IN PHILIPPINE ARMY UNITS DURING THE FIRST PHILIPPINE CAMPAIGN

(NOTE: This listing has been compiled from readily available sources and is only as accurate as those sources permit. It is also obvious that the listings are incomplete. The abbreviation PA is used only for PA officers — all others listed are U.S. Army).

| Unit | Commander |
|---|---|
| 1st Division | BG F.V. Sequndo (PA) |
| 1st Infantry | MAJ A.M. Santos (PA); MAJ McCullom; COL K.L. Berry |
| 2nd Infantry | COL C. Duque (PA) |
| 3d Infantry | COL K.L. Berry |
| 2nd Division | MG G.B. Francisco (PA) |
| 1st PC Regiment | LTC I. Alexander |
| 2d PC Regiment | |
| 4th PC Regiment | |
| 11th Division | BG W.E. Brougher |
| 11th Infantry | COL G.R. Townsend; MAJ R.W. Volckmann (Acting) |
| 2/11 | MAJ H.J. Duisterhof |
| 3/11 | MAJ W.J. Lage |
| 12th Infantry | COL M. Moses |
| 13th Infantry | COL A.K. Noble |
| 21st Division | BG M. Capinpin (PA) |
| 21st Infantry | LTC W.A. Wappenstein |
| 22d Infantry | |
| 23d Infantry | |
| 21st Field Artillery | LTC N. Calalan (PA) |
| 31st Division | BG C. Bluemel |
| 31st Infantry | COL J.W. Irwin; LTC J.E. Brady |
| 32d Infantry | LTC E.N. Johnson |
| 33d Infantry | MAJ S. Holmes |
| 3/33 | CAPT R.M. Chapman |
| 31st Field Artillery | MAJ H.J. Harper |
| 41st Division | BG V. Lim (PA) |
| 41st Infantry | |
| 42d Infantry | |
| 3/42 | MAJ A.B. Magtoto (PA) |
| 43d Infantry | |

| Unit | Commander |
|---|---|
| 51st Division | BG A.M. Jones |
| 51st Infantry | LTC L.P. Stewart |
| 52d Infantry | LTC V.N. Cordero (PA?) |
| 53d Infantry | COL J.R. Boatwright |
| 51st Field Artillery (Inf) | COL H.F. Searight |
| Provisional Battalion | CAPT G.R. Myers |
| 51st Combat Team | COL Young (The final organization of the division) |
| 61st Division | BG B.G. Chynoweth |
| 61st Infantry | COL E.H. Mitchell |
| 2/61 | CAPT Childress |
| 62d Infantry | LTC A. Thayer |
| 63d Infantry | COL A. Christie; CAPT Fitzpatrick |
| 71st Division | COL C.A. Selleck; BG C.A. Pierce |
| 71st Infantry | LTC D.V. Bonnett |
| 72d Infantry | |
| 73d Infantry | LTC R.H. Vesey |
| 71st Field Artillery | LTC H.C. Fowler |
| 81st Division | BG G.O. Fort; COL I.C. Scudder |
| 81st Infantry | LTC Boellner; LTC W.S. van Norstrand |
| 1/81 | CAPT Miner |
| 2/81 | CAPT Stensland |
| 3/81 | CAPT Utke |
| 82d Infantry | LTC David |
| 83d Infantry | MAJ W. Rogers |
| 1/83 | CAPT L. Hardin; MAJ W. McLeannahan |
| 2/83 | LT. Johnson |
| 3/83 | CAPT M. Sharp; LTC A.J. Grimes |
| 91st Division | BG L. Stevens |
| 91st Infantry | |
| 92 Infantry | LTC J.H. Rodman |
| 2/92 | MAJ J.B. Crow |
| 93d Infantry | MAJ J.C. Goldtrap |
| 1/93 | MAJ Hoyt |
| 2/93 | CAPT Finigan |
| 3/93 | CAPT Burlando |

| | |
|---|---|
| 101st Division | BG J.P. Vachon |
| 101st Infantry | LTC R.J. Nelson; LTC J.H. McGee |
| 2/101 | LTC R.H. Hilsman |
| 102d Infantry | |
| 2/102 | LTC R. Graves; MAJ W. Baldwin |
| 103d Infantry | MAJ J.R. Webb |
| 101st FA (Infantry) | LTC R. Graves |
| | |
| 102d Division | COL W.P. Morse |
| 61st FA (Infantry) | COL H.W. Tarkington |
| 81st FA (Infantry) | LTC J.P. Woodbridge |
| 103d Infantry | MAJ J.R. Webb |
| | |
| 84th Infantry (non-divisional) | |
| 2/84 | CAPT Childress |
| 3/84 | MAJ McLish |
| | |
| 301st FA Regiment (Sep) | COL A.S. Quintard |
| | |
| Cebu MP Regiment | LTC H.J. Edmands |

## PART IV

## THE PAY OF THE PHILIPPINE ARMY

At the outbreak of war in the Philippines there were four (4) widely varying rates of pay for EM in the islands; EM of the U.S. Army, EM of the U.S. Army's Philippine Scouts, EM of the Philippine Army Air Corps, and EM of the rest of the Philippine Army.* (See Table II).

---

* Pay rates for PA EM were fixed by Philippine Commonwealth Act No. 569, 23 July 1938, and published in the Office of the Chief of Finance (USA), War Department Services of Supply, Finance Bulletin No. 104, 3 September 1942.

---

Pay of PA officers was roughly half that of U.S. Army officers.*

---

* Pay rates for PA officers were fixed by President Quezon's Executive Order No. 155, 23 July 1938, also published in Finance Bulletin No. 104.

---

The basic rationale for the low pay of the PA was the low standard of living and lower cost of living in the Philippines. This rationale attains considerable validity, but close scrutiny of the rationale raises some questions. For instance why was one group of Filipinos, the U.S. Army's Scouts, paid more than another group, the PA? Logic would have it that both groups had about the same standard and cost of living. Also, if the cost of living in the islands was so low, why were not U.S. Army troops stationed in the islands paid at a reduced rate? To extend an analogy, why was the U.S. Army's 65th Infantry Regiment, stationed on Puerto Rico, paid the same rate as other U.S. Army units? — the 65th Infantry was largely composed of native

TABLE II

BASE PAY RATES OF EM IN THE PHILIPPINES UPON OUTBREAK OF WORLD WAR II
(All in terms of Dollars per month)

| | U.S. Army | Philippine Scouts | Philippine Army** | Philippine Air Corps |
|---|---|---|---|---|
| Master Sergeant | $126.00 | $43.00 | $22.50 | $42.50 |
| First Sergeant | 84.00 | 35.00 | 21.25 | 40.00 |
| Technical Sergeant | 84.00 | 35.00 | 20.25 | 32.50 |
| Staff Sergeant (T/3) | 72.00 | 30.00 | 18.00 | 21.00 |
| Sergeant (T/4) | 60.00 | 25.50 | 15.00 | 18.00 |
| Corporal (T/5) | 54.00 | 18.50 | 11.00 | 13.50 |
| Private First Class | 36.00 | 11.00 | 8.50 | 11.00 |
| Private | 30.00* | 9.00 | 7.00 | 8.50 |

(*$21.00 for first 4 months)

(**Some minor differences existed between these pay rates and those of the Medical Service:

| | |
|---|---|
| Medical Sergeant | $18.00 |
| Medical Corporal | 14.00 |
| Medical Private | 11.00 |

Note: Above does not consider longevity pay, nor specialist pay. Members of the Philippine Army (but not Air Corps) could receive specialist pay ranging from $1.50 to $30.00 per month extra. Also, all EM of the Philippine Army and Air Corps could receive a quarters and subsistence allowance not to exceed $.50 per day (roughly $15.00 per month).

Puerto Rican EM, whose standard of living and cost of living was lower than that on the mainland. Even in a country — the Philippines — where the average farming peasant had a cash income of only $85.00 per year, the pay scale of the PA was still low before World War II. Like the U.S. Army private who could not possibly live and raise a family on $21.00 a month, a PA private could not possibly live and raise a family on $7.00 a month.

As has been described previously in this study, General MacArthur, in late February 1942, recommended to the War Department that PA pay scales be raised to U.S. Army levels, repeating this recommendation early in March 1942. At the same time President Quezon was preparing to take unilateral action to equalize the pay rate of the PA. Quezon obviously had MacArthur's approval for this step, for in his March radio to the War Department MacArthur told General Marshall that he -- MacArthur -- had pursuaded Quezon not to equalize the PA EM pay scale to the U.S. Scale but rather to the scale of the U.S. Army's Philippine Scouts. This, MacArthur stated, was to avoid having the PA EM paid at a higher rate than the PS EM. (When General MacArthur sent his 9 March 1942 message to the War Department he was on the eve of his departure from the Philippines. At the same time, he obviously knew that only the Secretary of the Army could change the pay scale of the PS EM, and that it might take some time to obtain such a change. This combination of circumstances probably influenced his decision not to try to get the PS EM pay scale changed and to have the new pay scale of PA EM brought into line with the PS EM).

By an unnumbered Executive Order of 10 March 1942, effective on 15 March 1942, President Quezon raised the PA pay scales. For the EM, the effect of the order was to bring the pay of the PA EM in line with that of the PS EM, while at the same time ending the earlier sharp distinction in pay between the EM of the bulk of the Philippine Army and that of the EM of the Philippine Army Air Corps. (Table III).

No indication has been found that any U.S. Government agency objected to Quezon's unilateral action. To the contrary, as a result of MacArthur's recommendation legislation was introduced into Congress to formally equalize the pay of the PA and the U.S. Army. As stated previously in this study, such legislation passed the U.S. Senate, but "died" in the U.S. House of Representatives, largely because the whole subject became rather moot after the surrender of the Philippines. In any case, that no U.S. Government agency raised serious objections to the Quezon-directed pay raises for the PA is evidenced by the fact that the U.S. Army Chief of Finance published the new Quezon pay rates in November 1942 "for the information and guidance of all Finance Officers."*

---

* Office of the Chief of Finance, Services of Supply, U.S. War Department, Finance Bulletin No. 136, 25 November 1942.

---

During most of the rest of World War II, some sporadic efforts were made by various agencies and VIP's to have a blanket equalization of PA and PS pay with that of the U.S. Army, but nothing really happened. Instead, came the various authorities, cited previously in this study, to permit PA, PS, and Filipino civilians to be appointed

TABLE III

QUEZON-DIRECTED PAY SCALES, 15 MARCH 1942
(Dollars per month)

| | Philippine Army | Philippine Air Corps |
|---|---|---|
| Master Sergeant | $43.00 | $43.00 |
| First Sergeant | 35.00 | 40.00 |
| Technical Sergeant | 35.00 | 32.50 |
| Staff Sergeant | 30.00 | 30.00 |
| Sergeant | 25.50 | 25.50 |
| Corporal | 18.50 | 18.50 |
| Private First Class | 11:00 | 11.00 |
| Private | 9.00 | 9.00 |

or enlisted in the AUS. Such authority apparently extended only to PA, PS, and Filipino civilians <u>outside</u> the Philippine Islands and was conferred largely to permit the three groups to maintain a decent standard of living in such areas as CONUS and Australia. Meanwhile, during the course of the war, the pay of AUS EM increased, and the PA, PS, and Filipino civilian nationals who enlisted in the AUS under the authorities previously cited obtained such pay increases. (There were no major changes in the pay of AUS officers during the war).

Then, on 28 October 1944, just after the American re-entry into the Philippines, President Osmeña * issued Executive Order No. 22,

---

* Osmeña, Quezon's vice president, succeeded Quezon in the presidency when the latter died.

---

which equalized the pay of the PA to that of the U.S. Army to include all units and personnel -- members of redognized guerrilla forces -- he had "converted" into the active service of the reconstituted PA in accordance with his Executive Order No. 21, also 28 October 1944. The two acts must have had the approval of General MacArthur, for both Executive Orders were published over MacArthur's command line in HQ USAFFE Circular No. 100, 17 November 1944. In sum, Executive Order No. 22 made little change in the officer pay for the reconstituted PA, but did make considerable changes in the EM pay, (See Table IV), putting that on a par with AUS EM pay as set forth in AR 35-2340, 31 August 1942.

Executive Order No. 22 soon caused considerable concern at the War Department and other U.S. Government agencies. From early 1942 to

TABLE IV

PAY OF ENLISTED MEN OF THE PHILIPPINE ARMY
(Dollars per month)

| | Quezon Pay Scale of 15 March 1942 | Osmena Pay Scale of 28 October 1944 |
|---|---|---|
| Master Sergeant | $43.00 | $138.00 |
| First Sergeant | 35.00 | 138.00 |
| Technical Sergeant | 35.00 | 114.00 |
| Staff Sergeant | 30.00 | 96.00 |
| Sergeant | 25.50 | 78.00 |
| Corporal | 18.50 | 66.00 |
| Private First Class | 11.00 | 54.00 |
| Private | 9.00 | 50.00 |

October 1944 the U.S. Government had been willing to permit the few hundred PA and PS personnel outside the Philippine Islands to be appointed or enlisted in the AUS so as to maintain a decent standard of living.* But the prospect of having to pay about 120,000 PA veterans

* This leaves out of consideration the Filipino nationals who were members of the 1st Filipino Regiment and 2d Filipino Battalion, who were AUS to begin with.

on the AUS scale, including back pay and possibly all U.S. Army veterans' benefits as well, was a bit much. Equally depressing from a financial point of view was the fact that plans were already being implemented to rebuild a Philippine Army substantially larger than that raised before World War II. As long as the "new" PA remained in the service of the U.S. Armed Forces (as it did until 30 June 1946), the U.S. Army would be responsible for the pay of the "new" PA. If that pay were to be at the Osmeña-decreed rate for EM of the PA, the added expense would be enormous.

Hurriedly, the War Department studied the problem, reaching the conclusion that it would not and could not approve the Osmeña pay rates.* The Secretary of War radioed MacArthur the War Department's

* See, for example Memorandum, Director, Budget Division, WD for the Chief of Staff, 30 November 1944, copy in G-1 WD File WDGAP 240 (6-10-42), National Archives.

objections and Executive Order No. 22 was rescinded, the PA pay rates for EM reverted to the scale of the 10 March 1942 Quezon Executive Order.*

* MS, "History of the United States Army Forces in the Far East,

1943 - 1945," in OCMH files, pp. 152 - 53.

At the same time, the Secretary of War authorized MacArthur to work out percentage increases in PA EM pay proportionate to those received by U.S. Army personnel during the war. Available sources do not indicate that any such percentage raises took place. Whatever the case, the War Department had completely reversed its early 1942 position, when it had urged Congress to pass legislation to bring PA pay scales into parity with those of the U.S. Army. The 1944 decision also let rest an anomaly -- PA officers were paid essentially on the same scale as U.S. Army officers, but PA EM pay was much lower than that of U.S. Army EM.

Thus, until 30 June 1946, when the PA was released from service in the U.S. Armed Forces and reverted to the Commonwealth, the pay of EM of the PA and the PS remained essentially the same. However, on 1 June 1946, the Secretary of War raised the pay of PS EM to half the rate of U.S. Army EM -- there was no corresponding raise in the pay of PA EM.

The rationale the War Department used in reaching its late 1944 decision to have Osmeña's Executive Order No. 22 rescinded was based largely on the following points: the pay raise would be highly inflationary; it would put the pay of PA EM substantially above that of many appointed or elected provincial and munincipal officials; it would put the pay of PA EM quite out of line with the salaries of average workers in the islands; and the Commonwealth Government would not have the wherewithal to continue paying the PA EM at U.S.

Army rates after the PA reverted to Commonwealth control. All these attained considerable validity except, perhaps, for the inflationary reason. Actually, inflation and black-marketing were rampant in the Philippines following the end of hostilities and the PA EM had a very difficult time under the March 1942 pay scale.

PART V

THE PHILIPPINE SCOUTS (PS)

On 1 September 1899 a company of "Macabebe Scouts," the "informal" predecessor of the Philippine Scouts, was organized. These early PS troops (officered by U.S. Army officers) were paid by the Bureau of Insular Affairs of the War Department.* By Section 36, 31 Stat L 757, 2 February 1901, the Scouts were transferred into the regular (RA) establishment of the U.S. Army, and were paid thereafter through direct U.S. Army funds. Initially, the Philippine Scouts (both U.S. Army officers as well as Filipino EM) were considered a branch of the RA, in the same status as Infantry or Artillery. In 1920, however, the branch distinction was removed from the PS, and officers and men of the PS became members of the other RA branches, such as Infantry or Field Artillery.

The initial (1901) authorization for the PS considered a total of 12,000 troops, but budgetary considerations held down the PS to a strength of about 6,000 until a few months before the outbreak of World War II. Then, recruitment was reinstituted until, by 8 December 1941, the PS numbered just under the 12,000 authorization. There was little difficulty in recruiting new members of the PS, for the Filipinos considered the PS elite troops. Moreover, until March 1942, the PS EM pay scale was considerably higher than that of the PA EM, although not up to that of U.S. Army EM. The PS units were well trained and well

* The Bureau of Insular Affairs of the War Department was transferred to the Department of the Interior, effective 1 July 1939.

equipped (especially in comparison to the Philippine Army) and generally did an outstanding job during the 1st Philippine Campaign.

There seems to be no difficulty about the Philippine Scouts raised in accordance with pre-World War II regulations. Obviously, such troops * were members of the U.S. Army RA, and as such (according to at least three U.S. Army JAG findings) were entitled to all the benefits accrued to other members of the U.S. Army who served during World War II.

The problem with the PS lies in the post-hostilities PS. First, by WD Radio No. 227, 27 July 1942, the War Department authorized General MacArthur to discharge EM of the PS "for convenience of the government" and re-enlist them in the AUS in commensurate grades. This authority applied to PS EM who were out of the Philippines when the Philippines surrendered, or who subsequently escaped from the Philippines. Manifestly, the intent of the authority was to permit the PS EM to draw sufficient pay -- the AUS scale -- to live in a decent style outside the Philippines.

By radio C-19543 of 15 October 1944 to the War Department, General MacArthur asked if the authority of WD Radio 227 of 27 July 1942 to transfer EM of the PS into the AUS still existed. MacArthur wished to transfer PS EM recovered in the Philippines (after the American re-entry)

* Most of the nearly 12,000 EM of the PS raised before WW II were Filipino nationals, but a substantial number (exact figures are not presently available) were U.S. citizens with Philippine residence. Although the bulk of the EM were Filipinos (of whatever citizenship), most of the officers were U.S. Army RA. However, about 35 officers -- the total runs from 31 to 37, according to the sources consulted -- were Filipinos, of a total of about 685 officers assigned to the PS.

into the AUS. The reasons for this request are not clear from readily available sources, but they probably entailed a MacArthur desire to have the recovered PS EM paid on U.S. Army scales rather than that of the pre-war scale for PS EM. This would be in accord with MacArthur's other attempts in 1942 and 1944 to have all PA and PS EM pay equated with that of EM of the U.S. Army. Whatever the case, WD Radio No. WAR-50829 of 18 October 1944 informed MacArthur that the authority of the July 1942 radio to re-enlist PS EM into the AUS still existed. MacArthur immediately undertook to put into effect his program of discharging former PS EM from the PS and re-enlisting them into the AUS. By August 1945 approximately 6,700 former PS EM had been re-enlisted into the AUS.

By radio W-50126, 15 August 1945, the War Department asked MacArthur about continued recruitment of PA, PS, and Filipino civilians into the AUS. By radio C-35968 of 23 August 1945 MacArthur informed the War Department that he agreed to termination of authority to appoint or enlist PA and Filipino civilians into the AUS, noting that he was undertaking no such appointments or enlistments and did not contemplate any further such action. However, MacArthur asked that authority to enlist recovered PS EM into the AUS be continued until 31 December 1945, noting that many such EM were still coming in from remote areas of the islands, where they had been until recently engaged in guerrilla warfare. By radio ~~CM-OUT 50126 of 15~~ WAR-58078 of 31 August 1945 the War Department agreed to MacArthur's request.*

* All the radios cited in the foregoing two paragraphs are to be found OPD file, OPD 240 (7-10-42), National Archives, or G-1 Pers Div, Enl Br, File WDGAP 210.1 (23 Aug 45), National Archives

Meanwhile, other events were underway to somewhat becloud things. The U.S. Armed Forces Recruitment Act of 1945 -- PL 190, 79th Congress -- contained authority to raise 50,000 "new" Philippine Scouts, the "new" PS to be restricted to Philippine citizens (except, of course, for U.S. Army officers). This paragraph of PL 190 was originally submitted as an amendment to the Act by Senator Carl Hayden of Arizona, but time does not permit further search to ascertain more background.

During the preparation of Section 14 of the Act, considerable correspondence took place between the War Department and Senator Hayden (see Legislative History, Second Supplemental Appropriations Bill, 1946). Shortly after the enactment of PL 190, Senator Hayden asked the War Department for a statement about the PS. This statement (which appears in the Legislative History but in undated and unsigned form), has the War Department take the position that the PS -- in the context of the 50,000 of PL 190 -- were members of the U.S. Regular Army and would therefore be eligible to receive most of the benefits, including those of the GI Bill of Rights, made available to the rest of the U.S. Army. Also, by radio WARX-75609 of 13 October 1945, the War Department informed MacArthur that the EM of the "new" PS were entitled to all benefits, including the GI Bill of Rights and VA benefits.*

---

* A copy of WARX-75609 is to be found in WD OPD File, OPD 336.2 P.I., Sec. III, National Archives.

---

If the "new" PS EM were indeed members of the RA, and entitled to all benefits, as the War Department apparently presumed in late 1945, then sub-paragraph b of 38 USC 107 raises some questions, basic among which is:

how can one segment of the U.S. Regular Army -- the pre-war PS EM recovered in 1944 - 45 -- be eligible for benefits and another segment of the RA -- the "new" PS of the 1945 aughorization -- be ineligible? At the very least, it would appear that EM of the "new" PS who enlisted before 31 December 1946 -- the Veteran's Administration cut-off date for most World War II benefits -- would be eligible for most benefits accruing to U.S. Army personnel, whether RA or AUS.

Initial enlistments in the "new" PS were quite slow, largely because of the pay scale offered. EM of the Philippine Army had no real incentive to transfer to the new PS, for the pay of the PA EM was already the same as that of the PS EM. And the 6,700 or more EM of the old PS were certainly not going to transfer back into the new PS, for they were receiving AUS pay.

Then, in April 1946, the enlistment rate into the new Scouts shot sharply upward. The circumstances evidently influencing the change:

a. Rumors to the effect that PS EM pay was to be raised (as it actually was on 1 June 1946);

b. The reduction in strength of the reconstituted Philippine Army (Plans to raise a PA substantially larger than that which existed at the outbreak of World War II were abandoned after the unexpectedly early surrender of Japan. Knowing that the Philippine Republic, to be established in mid-1946, could not support the expense of the PA contemplated in 1944 - 1945 planning, both the U.S. Government and the Commonwealth Government agreed to drastically reduce the strength of the Philippine Armed Forces).

Insofar as can be ascertained, the 50,000 goal of the "new" PS was

never achieved, and the peak EM strength of the "new" PS was approximately 30,550 (as of June 1947). The changing situation in the Pacific, plus budgetary considerations, made reconsideration of the 1945 50,000 program necessary. On 18 June 1947 President Truman approved a recommendation of the U.S. State-War-Navy Coordinating Committee that the "new" PS be disbanded through gradual reduction in strength. MacArthur, sometime (probably September) in 1948, recommended that enlistment of PS EM be terminated by 30 September 1949, and the strength of the PS would be reduced to about 5,000 by the end of June 1949. DA was to offer enlistments in the U.S. Regular Army to some 1,500 PS EM of the "old" PS who were American citizens and about 700 PS EM who were not American citizens but who had long service in the U.S. Army. The remainder of the PS EM, roughly 25,000, would be released without the privilege of re-enlisting in the U.S. Regular Army.* Further information about the

* Letter, Secretary of the Army to Secretary of State, (no subject), 22 September 1948; with attached Summary Sheet, 15 September 1948, Personnel and Administration, DA. Copies of both in P&A Directorate File GSGPA 200.8, Phil Scouts (14 Jun 46), National Archives.

execution of this approved program is not presently available. Whatever the case, miscellaneous source material in OCMH files indicates that as of 28 February 1950 there were approximately 375 PS EM still in the U.S. Army, mainly hospitalized EM who were awaiting discharge or retirement.

PART VI

GUERRILLAS, THE JAPANESE, AND THE PHILIPPINE ARMY

The guerrilla resistance movement in the Philippines began even before the 1st Philippine Campaigh was over.* On Luzon, guerrilla activity

* General sources for this part are: (1) GHQ AFPAC, Volume I, Intelligence Series, "The Guerrilla Resistance Movement in the Philippines," 1 March 1948, copy in OCMH files. (2) Japanese Monograph No. 3, "Philippine Operations Record, Phase II, December 1942 - June 1944." This monograph was prepared under the direction of G-2 AFPAC by former Japanese Army officers.

began with units and personnel (AUS, PA, and PS) cut off by the rapid advance of the Japanese invaders to Manila and in front of Bataan. In the southern islands, where the Japanese initially landed only light forces, preparations for guerrilla warfare were well along when the surrender came. At the time of the surrender, most American officers and EM in the islands became prisoners, but a number melted into the hills, excaped from Bataan or the Death March, or later escaped from POW camps. A very large proportion of the PA, both officers and EM, did likewise and formed the nucleus of many guerrilla organizations. A substantial number of additional recruits came to the guerrillas when the Japanese reversed their policy of brutal treatment of Filipino POW's and released the survivors from POW camps.

During much of 1942 and early 1943 organizational and supply problems, coupled with overly-aggressive moves against Japanese forces, hampered the development of an effective guerrilla movement. The too-overt guerrilla operations brought down Japanese retaliation that resulted in

the disorganization of many guerrilla units and the capture of many of the earlier guerrilla leaders. Then, in March 1943, General MacArthur, from GHQ SWPA in Australia, forwarded instructions to the guerrillas to limit combat contact with the Japanese to the minimum necessary for self-protection of the guerrilla units. The guerrillas, MacArthur's policy statement continued, should concentrate on perfecting organization and on obtaining intelligence information to be forwarded to GHQ SWPA. Serious combat offensives against Japanese forces would have to wait until GHQ SWPA could send into the islands the necessary arms, ammunition, and other supplies. *

---

* Such a radio is cited in Volckmann, op. cit., pp. 120 - 21. So far, OCMH has been unable to find a copy of the radio.

---

Table V summarizes the command and control of most of the major and most effective guerrilla units as of approximately mid-1944. * Many

---

* Table V is summary in nature and does not reflect all the information available to OCMH concerning the command of guerrilla units.

---

of the more effective units were commanded by U.S. Army officers. Indeed, during the latter phases of the 2d Philippine Campaign, in 1945, Colonel Volckmann's USAFIP(NL), with limited U.S. Army artillery and air support, virtually assumed the role of an additional U.S. Army division. The action of this guerrilla force saved time, and doubtedlessly many American casualties, during the reconquest of northern Luzon. Likewise, the effectiveness of Colonel Fertig's organization on Mindanao could well

TABLE V

COMMAND OF MAJOR GUERRILLA UNITS IN THE PHILIPPINES

Layte Area Command (92d Division)

CO Col. R.K. Kangleon (PA)
CO 94th Infantry — Maj. P. Jain (PA)
CO 95th Infantry — LTC A. Balderian (PA)

Samar Area Command (93d Division)

CO Lt. Col. C.M. Smith (AUS)
CO Northern Samar — Capt. P.V. Merritt (PA)
CO Southern Samar — LTC. J. Causing (PA)

Central Luzon

East Central Luzon Guerilla Area (ECLGA)

CO Maj. E.P. Ramsey (AUS)

West Luzon Guerilla Force

CO LTC G. Merrill (AUS)
XO LTC P.D. Calyer (AUS)

Boone Guerillas

CO Capt. J. Boone (AUS)

Anderson Guerillas

CO Maj. B. Anderson (AUS)
CO Ball Military Area — Maj. A. Santos (AUS)
CO Ohio Military Area — Maj. R. Barros (AUS)
CO Texas Military District — ?
CO Salt Military Area — Ponciano Redor (PA)

Cebu Island (85th Division)

CO LTC J.M. Cushing (AUS)
CO 85th Infantry — Maj. R. Espiritu (PA)
CO 86th Infantry — Maj. M. Albenda (PA)
CO 87th Infantry — Maj. A.F. Trazon (PA)
CO 88th Infantry — Maj. B. Hale (AUS)

Northern Luzon

United States Army Forces in the Philippines (NL) (USAFIP (NL))

CO Col. R.W. Vockmann (USA)
XO Maj. P. Calvert (USA)
G-1 Maj. F. Maglaya (PA-AUS)
G-2 Maj. A. Murphy (AUS)
G-4 Maj. B. Dangua (PA)
CO 43d Infantry Maj. P. Calvert (USA)
CO 121st Infantry Maj. G. Barnett (USA)

Maharlika Guerillas

CO LTC F. Marcos (PA) (Now President of the Philippines)

Lapham Guerillas

CO Capt. R.B. Lapham (AUS)
Capt. A.S. Hendrickson (AUS)
Capt. R. Hunt (AUS)

Panay Island (6th Military District; 61st Division)

CO Col. Macario Peralta (PA)
XO LTC L.R. Relunia (PA)
AG LTC F. Montinola (PA)
CO 1st Combat Team LTC C.B. Garcia (PA)
CO 2nd Combat Team LTC P. Serran (PA)

Negros Island (7th Military District; 71st Division)

CO LTC S. Abcede (PA)

Bohol Island

CO Maj. I.P. Ingeniero (PA)

Mindanao Island (10th Military District)

CO 10th Md Col. W.W. Fertig (AUS)
CofS LTC. S.J. Wilson (USNR)
DCS Maj. M.M. Wheeler (USNR)
G-1 Maj. F.W. Lagman (AUS)
G-2 Maj. H.A. Rosequist (AUS)
G-3 Maj. P. Destajo (PA)
G-4 Maj. O. Hipe (PA)
Eng Maj. N. Capistrano (PA)

Mindanao Island (continued)

QM 1Lt R. Crump (AUS)
SigO Capt. J. Garland (AUS)
CO 105th Division LTC H. Garma (PA)
CO 121st Separate Regiment Lt. D. LeCouvre (AUS)
CO 107th Regiment LTC J. Teano (PA)
CO 108th Division LTC C. Hedges (USAR)
CO 124th Regiment CPT M. Arumpac (PA)
CO 108th Regiment Maj. F.P. Quejada (PC)
CO 120th Regiment CPT P. Andres (PA)
CO 109th Division LTC J. Grinstead (AUS)
CO 109th Regiment Maj. Laplap (PA)
CO 111th Regiment CPT J.S. Cruz (PA)
CO 112th Regiment CPT W. McLaughlin (AUS)
CO 110th Division LTC E.E. McClish (AUS)
CO 110th Regiment Maj. R.P. Dongallo (PA)
CO 114th Regiment Capt. P.H. Marshall (AUS)
CO 107th Division LTC C. Laureta (PA)
CO 130th Regiment LTC C. Laureta (PA)
CO 111th Battalion LT. O.P. Wilson (AUS)
CO 112th Battalion LT. A. Haratik (AUS)

be equated to that of a U.S. Army division, once Fertig received sufficient supplies. This is not, however, to imply that only the U.S. Army led guerrilla units were effective. Two particularly good guerrilla units, on Panay and Negros Islands, were led by PA officers. It should also be noted that within many guerrilla units command was mixed among U.S. Army and PA officers - particularly illustrative of this sort of arrangement was Colonel Fertig's Mindanao command.

No guerrilla movement can operate entirely within the restrictions of the Articles of War, the Geneva Conventions, or the Rules of Land Warfare, and the World War II guerrilla movement in the Philippines was no exception to this generalization. Colonel Volckmann throws some light on this subject:

> "Each district commander was charged with the responsibility of obtaining and maintaining civilian support in his district. The greatest menace to this program was not the Japanese but rather the spies, informers, and collaborators operating for them. . . . Those who were spying for the Japs were apprehended and eliminated; every effort was made to find the kingpins in every spy net that was uncovered. . . . Our secret agents eventually caught up with many of these people. . . . For instance, during the course of our counterespionage campaign a number of Filipino agents working for the Japanese took refuge in the town of Cervantes in Ilocos Sur. A unit of the First District raided the town at night, pinned the Japs in their foxholes, and then set fire to a building into which all the spies had fled." *

---

* Volckmann, op. cit., pp. 125 - 26

---

The nature and impact of the guerrilla movement is demonstrated by the words of another expert in the field:

> "The innumerable guerrilla sagas, which are now told and retold, have emerged primarily because the nation [the Commonwealth of the Philippines]

felt at the time that this guerrilla resistance was one of the finest hours for the Philippine people. The universality of the movements and the mass participation in them was tangible proof that the initial decision to fight against the Japanese and for the Americans was a commitment of the people. Filipinos continued the fight as staunchly after the formal surrender as before. The nation felt itself part of the front line. This will of the people was virtually an insurmountable obstacle to the Japanese planners."

---

* Extracted from Steinberg, op. cit., pp. 55 - 60.

---

From the same source comes the following impact statements:

"The resistance to the Japanese effectively continued even after General Wainwright ordered as surrender of all Fil-American troops. This continuing military effort, waged by pockets of Filipinos in the face of tremendous hazards, was one of the critical factors of the war years. It forced the Japanese to maintain vigilance, casting them in the role of military conquerors just when they were attempting to win Filipino loyalty. Every Japanese decision was directly or indirectly influenced by this fact of continuing belligerency, and the dilemmas posed were enormous. . . . Armed guerrilla resistance exacerbated an endemic military problem for the Japanese, who were eager to dispatch the maximum number of troops to the combat zone as soon as possible, and it created as well a political alternative to the Japanese-sponsored government in Manila. The Japanese army was unable to pacify the Philippines, with the result that in the political sphere the struggle for the nation's allegiance continued unabated. Since guerrilla groups made clandestine but direct contact with MacArthur's headquarters, they kept the issue of dual government alive implicitly. The fragmentary quality of the initial guerrilla movement evolved into a sophisticated network of guerrilla operations which received coordinated orders from MacArthur's staff. These ubiquitous guerrilla organizations, which managed to broaden the Commonwealth allegiance of the people to include themselves, developed civilian as well as military functions. Each competed directly with the local or provincial governments established by the Japanese and the [Japanese-appointed] Executive Commission. Each sapped the authority of these local governments to the extent that Japanese-backed governments existed only where the Japanese garrisons were large enough to force compliance."

From May 1942 (when the final USAFFE surrender came) until May 1944 (when the Japanese started building up their forces in the Philippines against the obviously-coming Allied re-entry) the Japanese maintained in

the islands a permanently "assigned" garrison of 24 infantry battalions, supported by artillery units, intelligence and MP units, various technical service support units, and military government administrative units. This hardly tells the whole story, however. For example, the 65th Brigade, which had participated in the Bataan Campaign, did not leave the islands until November 1942, and even then left behind its 122d Infantry, which did not depart until August 1943. The last elements of the 4th Infantry Division did not leave until the latter half of CY 1943, while the 2d Infantry Division, which had not participated in the 1st Philippine Campaign, spent some months in the islands during 1943. Finally, the 16th Infantry Division, which had played a major role in the Bataan Campaign, never left the Philippines during the war. Instead, that division engaged in rebuilding and training activities and furnished cadres for other Japanese Army units. Whatever the case, all such units outside the "assigned" garrision certainly undertook anti-guerrilla operations as part of their training and rebuilding.

The build-up of Japanese forces in the Philippines beginning in May 1944 (and lasting until November 1944) did little to help reduce the guerrillas. During the period May 1942 to May 1944 the Japanese could maintain control only over the major cities and towns, leaving the countryside to the guerrillas, a failure of domination that the average Filipino was quick to notice. Then, after the build-up started in May 1944, Japanese preoccupation lay largely with preparing defensive positions. The additional strength the Japanese poured into the Philippines beginning in May 1944, they thought, would be sufficient to

reduce the guerrilla threat to a mere nuisance, but this did not prove to be the case. Instead, with an obvious Allied invasion of the Philippines becoming more and more imminent, additional thousands of Filipinos flocked to overt guerrilla forces. At the same time, MacArthur's headquarters stepped up the pace of supplying the guerrillas with necessary equipment, mainly by submarine but also, especially after the invasion of Leyte in October 1944, by aircraft. In other words, as Japanese strength grew beginning in May 1944 so did that of the guerrillas. This is not to say that wherever the Japanese determined they had to, they could not concentrate sufficient strength to disperse guerrilla forces in a given locality. But as the Japanese reported (in the chronological context of August 1944):

> "Importance was attached to the districts in which a state of order was necessary for the execution of the [defensive] operations and the collection of information, and it was planned to improve the situation by the end of August. However, the guerrillas, supplied with arms, ammunition, and clothing by the American Forces, anticipating them to attack the Philippines in the near future, were very active and carried out well planned raids. The guerrillas rose up against our forces everywhere and even attacked our garrisons. . . ."*

---

* Japanese Monograph No. 3, p. 56.

---

On 28 October 1944 President Osmeña issued Executive Order No. 21, designating all "recognized" guerrilla units and personnel as part of the PA. By this time, MacArthur's "recognition" program was already well along — Volckmann and Fertig, for example, had already been "recognized" — and the pace of such recognitions speeded as MacArthur's forces gained

control over more areas of the Philippines. As the 2d Philippine Campaign progressed, MacArthur called into the service of the U.S. Armed Forces most (if not all) of the "recognized" guerrilla units, in accordance with the continuing authority of President Roosevelt's Military Order of 26 July 1941. *

* That this authority continued is evidenced in Memo, JAG to OPD, 23 January 1945, subj: Status of persons "conceded" by President of Philippines to be on active service in the Philippine Army. JAG File SPJCA 1944/13110, copy in WD OPD File, OPD 336.2, Section II, National Archives.

Thus, by President Osmena's Executive Order No. 21 and MacArthur's directives, the bulk of the guerrilla organizations became organic elements of the PA in the service of the U.S. Armed Forces. Many of the guerrilla organizations retained their guerrilla designations until disbanded; others were redesignated as TOE elements of the rebuilding "regular" PA -- for example, Volckmann's USAFIP(NL) ultimately evolved into the 2d PA Division. *

* Recognition was not extended to a large Communist guerrilla group, the HUKBALAHAP, nor to a number of small so-called guerrilla groups who were clearly only a collection of bandits. If memory serves, in a few cases recognition, once extended, was rescinded.

In addition to the effective combat roles played during the 2d Philippine Campaign by some guerrilla forces -- Volckmann, Fertig, and Anderson, among others -- the guerrilla forces called into the PA and the service of the U.S. Armed Forces effected huge savings of U.S. Army manpower during the reoccupation period. Such guerrilla units furnished

guides; supplemented the efforts of U.S. Army supply agencies; provided guards for roads, bridges, and all types of U.S. Army installations; and formed the nucleus of the USAFFE MP Command, established to maintain law and order in the Philippines during the difficult transition period to Philippine independence in 1946. Without the combat and support contributions of the guerrilla forces, both before and after the re-entry into the Philippines in October 1944, the task of reoccupying the Philippines would have been vastly more costly to the United States in terms of time, money, manpower, and casualties.

ADDENDUM TO OCMH STUDY 94, "THE STATUS OF MEMBERS OF PHILIPPINE MILITARY FORCES DURING WORLD WAR II."

PART V, "THE PHILIPPINE SCOUTS (PS).

Add after the last textual sentence on p. 44 (as previously corrected):

By Radio Z-26511, 25 March 1946, MacArthur requested from the War Department permission to extend the authority of WAR-58078 from 31 December 1945 to 30 June 1946. He stated that there were approximately 150 known cases of "old" PS EM who were unable to report for processing into the AUS by 31 December 1945, because of sickness, transportation problems, or other causes. By Radio WCL-28796 of 27 March 1946, the War Department pointed out to MacArthur that the extension granted by WAR-58078 of 31 August 1945 had been granted before the passage of PL 190, 79th Congress, authorizing the "new" PS of 50,000 troops. The War Department felt that in view of the difficulties encountered in raising the "new" PS, MacArthur's request was inappropriate. Accordingly, WCL-28796 turned down MacArthur's requested extension.

Supporting papers are attached.

ROBERT R. SMITH
Chief, General History Branch
25 July 1973

PERSONNEL DIVISION G-1, WDGS

FILE NO. WDGAP 210.1 (23 Aug 45)

SUSPENSE DATE: Apr 46

CROSS INDEXES: 210.1 Philippines (Phil)

ORIGIN: [illegible] 65099 (26 Mar 46) fr [illegible] to WD [illegible] 26011, 25 Mar 46 refers to [illegible] 22573, 23 Aug 45 and W 58078.

SUBJECT & ACTION REQUESTED

Philippine Scouts. (request authority to extend deadline to enl former mbrs of Phil Scouts in AUS fr 31 Dec 45 to 30 June 46. Approx 850 known cases of former scouts who were unable to report for processing into the AUS prior to 31 Dec 45 thru no fault of their own due to sickness, transportation etc)

ACTION RECOMMENDED Radio to CINCAFPAC

M/R: CINCAFPAC in SECRET rad 23 Aug 45 concurred in immediate termination of authority for enl in AUS of individuals who are members of Phil Army and civilian Filipino nationals but stated, believed authority for reenl of Phil Scouts in AUS should be continued until 31 Dec 45 as Phil Scouts are still being recovered fr remote regions and fr Guerrilla Forces until recently in combat; anticipated that all those recoverable would be ret to full mil control by 31 Dec 45. WD SECRET rad 58078 authorized reenl of Phil Scouts in AUS until 31 Dec 45. PL 190, 79th Cong authorized S/W to enl 50,000 men in the Phil Scouts for service in the PI in the occupation of Japan and of lands now or formerly subj to Japan and elsewhere in the Far East; citizens of the PI to be eligible to volunteer for such service. This law was approved 6 Oct 45. In view of the difficulties encountered in enlisting men for Phil Scouts under the above cited authority, the above action seems appropriate. Inspite of the SECRET classification of previous radios the unclassified category considered appropriate for this action.

CONCURRENCE: Legal Br (Lt Col [illegible]) concurs

FOR: ACTION / COMMENT OR CONCURRENCE / REMARK OR RECOMMENDATION / INFORMATION

REQ RES & REPL; STAT CONTROL — MANPOWER CONTROL

PROCUREMENT; CLASS & ASSIGN; PERS ACTIONS; SEPARATIONS — MIL PERS MANAGEMENT

WELFARE; LEGISLATIVE; DISCIPLINARY; EMOLUMENTS — MIL PERS SER

GEN OFFICERS

ARMY ADMIN

S-A FOR INDIV COUNSEL

26 MAR 1946 1800

ACTION OFFICER Col Button

INITIALS [illegible] DATE 27 MAR 1946

(INITIAL TO INDICATE APPRV)

BRANCH CHIEF

DEPUTY, MANPOWER CONTROL

CHIEF, MANPOWER CONTROL

DEPUTY, MIL PERS MANAGE

CHIEF, MIL PERS MANAGE

DEPUTY, MIL PERS SER

CHIEF, MIL PERS SER

ASST PLAN & POL COORD

EXEC OFFICE

DEPUTY, G-1

G-1

1600 DISPATCH

LOG

FILE

DISPOSITION (FOR USE OF MESSAGE CENTER).

DECLASSIFIED
E.O. 11652, Sec. 3(E) and 5(D) or (E)
OSD letter, May 3, 1972
By [illegible] NARS Date 7-16-73

[illegible]-75038-1CM

G-1
3-26/1446
REB/72511/wmp
JHM/3182
27 Mar 46

REB/72511/wmp

Procurement Branch, Personnel Division, G-1

Unclassified

COMMANDER IN CHIEF
ARMY FORCES
PACIFIC
TOKYO JAPAN

Routine

WCL28796 Z25511 Unclassified

CINCAFPAC SIGNED WARCOS CITE WARGONE REURAD ZEBRA TWO SIX FIVE ONE ONE MARCH TWO FIVE

CURAD WILLIAM FIVE EIGHT ZERO SEVEN EIGHT WAS DISPATCHED PRIOR TO ENACTMENT OF PUBLIC LAW ONE NINE ZERO CMA SEVEN NINE CONGRESS PD YOUR REQUEST TO EXTEND DEADLINE TO ENLIST FORMER MEMBERS OF PHILIPPINE SCOUTS IN ARMY OF UNITED STATES TO THREE ZERO JUNE FOUR SIX IS NOT FAVORABLY CONSIDERED SINCE IT WOULD BE CONSIDERED A DETERRENT TO THE RECRUITING PROGRAM FOR THE PHILIPPINE SCOUTS AUTHORIZED IN ABOVE CITED LAW

210.1 (23 Aug 45)

MEMO FOR RECORD: CINCAFPAC in SECRET radio 23 Aug 45 concurred in immediate termination of authority for enlistment in AUS of individuals who are members of Philippine Army and civilian Filipino nationals but stated, believed authority for reenlistment of Philippine Scouts in AUS should be continued until 31 Dec 45 as Philippine Scouts are still being recovered from remote regions and fr Guerrilla Forces until recently in combat; anticipated that all those recoverable would be returned to full mil control by 31 Dec 45. WD SECRET radio 58078 authorized reenlistment of Philippine scouts in AUS until 31 Dec 45. PL 190, 79th Cong authorized S/W to enlist 50,000 men in the Phil Scouts for service in the PI in the occupation of Japan and of lands now or formerly subject to Japan and elsewhere in the Far East; citizens of the PI to be eligible to volunteer for such service. This law was approved 6 Oct 45. In view of the difficulties

DISTRIBUTION: CofS
G-3
[illegible] Div

Unclassified

Brigadier General, GSC

[illegible]
Return to 2E 923

BECAP-210.1-(23 Aug 45) 27 Mar 46

M/R cont'd

encountered in enlisting men for Philippine Scouts under the above cited authority, the above action seems appropriate. Inspite of the SECRET classification of previous radios the unclassified category considered appropriate for this action.

current

# WAR DEPARTMENT
## CLASSIFIED MESSAGE CENTER
## INCOMING CLEAR MESSAGE

PRIORITY

From: CINCAFPAC Tokyo, Japan

To: War Department

Nr: Z-26511 25 March 1946

Z-26511 from CINCAFPAC to WARTAG.

Reurad W 58078 and ourad C 35968.

Request authority to extend deadline to enlist former members of Philippine Scouts in AUS from 31 December 45 to 30 June 46.

There are approximately 150 known cases of former scouts and possibly others who were unable to report for processing into the AUS prior to 31 December 45 through no fault of their own due to sickness, transportation difficulties and other similar causes.

End

Note: C 35968 is MC-IN-22373 (23 Aug) G-1

ACTION: G-1

INFO : OPD
G-3
Bud Div

MC-IN-65099 (26 Mar 46) DTG 251359Z wrb

UNCLASSIFIED

WAR DEPARTMENT—OFFICIAL BUSINESS

OUTGOING CLASSIFIED MESSAGE

| DEFERRED-ROUTINE-PRIORITY-URGENT PRECEDENCE | OFFICE OF ORIGIN | EXTENSION |
|---|---|---|
| PRIORITY | PERSONNEL DIVISION, G-1 ENLISTED BRANCH | 4200 |
| DATE 31 AUGUST 1945 | WDGAP 210.1 (23 Aug 45) | NAME OF OFFICER PREPARING: Lt Col Hanson/bk |

CLASSIFICATION: [ ] RESTRICTED [ ] CONFIDENTIAL [X] SECRET [ ] TOP SECRET

(LIST EACH ADDRESSEE SEPARATELY. USE UPPER CASE AND DOUBLE SPACING BETWEEN EACH ADDRESS AND THROUGHOUT MESSAGE)

TO: COMMANDER IN CHIEF ARMY FORCES PACIFIC COMMAND MANILA PHILIPPINES

REENLISTMENT OF PHILIPPINE SCOUTS IN AUS CMA YOURAD C THREE FIVE NINE SIX EIGHT DATED TWENTY THREE AUGUST CMA AUTHORIZED UNTIL THIRTY ONE DECEMBER NINETEEN FORTY FIVE PD SIGNED WARCOS

210.1 (23 Aug 45)

DECLASSIFIED
E.O. 11652, Sec. 3(E) and 5(D) or (E)
OSD letter, May 3, 1972
By E7 NARS Date 7-16-73

CM-OUT-58178

Yr C 35968 is CM-IN-22573 (23 Aug 45)

| DISTRIBUTION | COORDINATION, CONTENT AND CLASSIFICATION AUTHENTICATED BY: |
|---|---|
| OPD<br>G-3<br>Budget Div. | HARLAN C. PARKS<br>TYPED NAME AND GRADE. GSC<br>Executive, Personnel Group, G-1 |

COORDINATION

| DIVISION | | | |
|---|---|---|---|
| SIGNATURE OF RESPONSIBLE OFFICER | | | |

W. D., A. G. O. FORM NO. 990 1 June 1944
This form supersedes W. D., A. G. O. Form No. 990, 2 September 1942, which may be used until existing stocks are exhausted.

CHIEF CLERK, G-1

WAR DEPARTMENT
CLASSIFIED MESSAGE CENTER
INCOMING CLASSIFIED MESSAGE

PARAPHRASE NOT REQUIRED PER EXCEPTIONS PAR 44g AR 380-5

From: Commander in Chief Army Forces, Pacific Command Manila, Philippines

To: War Department

Nr: C 35968 23 August 1945

From CINCAFPAC to WARCOS C 35968.

Reurad W 50126 August 15, members of Philippine Army and civilian Filipino nationals are not being enlisted or appointed in the AUS at the present time nor is such action contemplated.

Concur in immediate termination of authority for appointment or enlistment in AUS of individuals in these categories. However believe authority for reenlistment Philippine Scouts in AUS should be continued until 31 December. Philippine Scouts are still being recovered from remote regions and from guerrilla forces until recently in combat.

It is anticipated that all those recoverable will be returned to full military control by date indicated.

End

ACTION: G-1

INFO : OPD, G-3, Bud Div

CM-IN-22373 (23 Aug 45) DTG 23/0707Z da

DECLASSIFIED
E.O. 11652, Sec. 3(E) and 5(D) or (E)
OSD letter, May 3, 1972
By EF NARS Date 7-16-73 22

COPY NO.

THE MAKING OF AN EXACT COPY OF THIS MESSAGE IS FORBIDDEN

WAR DEPARTMENT
CLASSIFIED MESSAGE CENTER

# INCOMING CLASSIFIED MESSAGE

NOTICE OF CHANGE OF ACTION

23 August 1945

CM-IN-22373

Message No: C 35968

Date: 23 August 1945

From: Manila, PI

CHANGE ACTION:

From: OPD — Pacific Ashworth

To: G-1 — Col Schmick

Request made by OPD M/C Sheehy

DECLASSIFIED
E.O. 11652, Sec. 3(E) and 5(D) or (E)
OSD letter, May 3, 1972
By EJ, NARS Date 7-16-73

ACTION: G-1
INFO: OPD

CM-IN-22373 (23 Aug 45) rmt

COPY NO.

THE MAKING OF AN EXACT COPY OF THIS MESSAGE IS FORBIDDEN

PERSONNEL ACTION, G-1, WDGS 210.1 Philippines
342.06 Philippines

PERC-1 (23 Aug 45)

SUSPENSE

RECEIVED DATE NUMBER 23 Aug 45

IN CM-IN-22373 (23 Aug 45) fr CICAF, PO Manila Philippines to WD #C 35968 (23 Aug 45) cpy 22 and Chg of Actn fr OPD to G-1 dtd 23 Aug 45

ECT Enlistment or Appointment in AUS of members of Philippine Army and civilian Filipino nationals..(They are not being enl or apptd in AUS nor is such action contemplated.. concur in termination of authority for appt or enl in AUS of individs in these categories Authority for reenlistment Philippine Scouts in AUS shld be continued until 31 Dec 45... etc.)

ACTION ✓ COMMENT OR CONCURRENCE ___ REMARK & RECOMMENDATION ___ INFORMATION

| DEPUTY | CH., PERS. GRP. | EXECUTIVE | ASST. EXECUTIVE |
|---|---|---|---|
| Gen. Berry | Gen. Nelson | Col. Schmick | Lt. Col. Rogers |

| EXC., PERS. GRP. | REPLACEMENTS | STATISTICS | GEN. OFF. BR. | DIRECTOR, WAC |
|---|---|---|---|---|
| Col. Parks | Col. Jordan | Maj. Bonis | Col. Bertsch | Col. Boyce |

| OFF. BR. | ENL. BR. | PLAN. BR. | MISC. BR. | SP. PROJ. BR. | LEGIS. BR. |
|---|---|---|---|---|---|
| Werner | Col. Brett | Lt. Col. Webber | Lt. Col. Pasolli | Lt. Col. Yudelson | Col. Cross |
| Michaelis | Col. Button | Lt. Col. Baumer | Lt. Col. Jones | Maj. Brown | Lt. Col. McConnell |
| Baetcke | Lt. Col. Friend | Lt. Col. v Schrader | Lt. Col. Dervan | Capt. Kline | Lt. Col. Herberg |
| l. Molter | Lt. Col. Bowman | | Maj. Bowman | | |
| l. Wilson | Lt. Col. Dow | | | | |
| l. McClure | Lt. Col. Mathis | | | | |

WDGAP

Lt Col Harrison

See Col Button re this

B

DECLASSIFIED
E.O. 11652, Sec. 3(E) and 5(D) or (E)
OSD letter, May 3, 1972
By ES, NARS Date 7-16-73

G-1 File Copy