**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| PRISCO E. ENTINES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-477 (RMC) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

THIS MATTER is before the Court on defendant's motion to dismiss. Upon

consideration of defendant's motion, any opposition hereto, and the entire record in this case, the

Court finds that plaintiff has failed to state a claim within this Court's limited jurisdiction or

upon which relief could be granted. All of plaintiff's claims are barred by the previous Judgment

of the United States Court of Appeals for the Federal Circuit dismissing the case previously

brought by plaintiff against the same party in the United States Court of Federal Claims. Beyond

claim preclusion, plaintiff's claims are also well outside the applicable statutes of limitation, 28

U.S.C. §§ 2401 & 2501, and plaintiff has failed to identify a valid waiver of sovereign immunity.

For all of these reasons, dismissal is plainly warranted. Accordingly, it is hereby

**ORDERED** that defendant's motion to dismiss is **GRANTED**, and it is further

**ORDERED** that this case is **DISMISSED**.

This is a final, appealable order.

_____                    _____
Date                                     ROSEMARY M. COLLYER
                                         United States District Judge

**Copies to:**

Through ECF:

AUSA Jane M. Lyons (jane.lyons@usdoj.gov)

Through U.S. Mail:

Prisco E. Entines
419 North Mountain View Ave - #207
Los Angeles, California 90026