UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PRISCO E. ENTINES | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 06-477 (RMC) |
| v. | ) |
| UNITED STATES OF AMERICA, | ) |

PLAINTIFF'S UNOPPOSED MOTION TO EXTEND TIME "OUT OF TIME"
TO OPPOSE DEFENDANT'S MOTION TO DISMISS

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Plaintiff, hereby, moves to extend for no less than 30 days its December 18, 2006 deadline to file its 'Opposition to Defendant's Motion to Dismiss the complaint that was filed December 4, 2006. The specific deadline extension requested for is from 18 December 2006 through and including January 23, 2007. This is the first time Plaintiff has requested for an extension to oppose Defendant's Motion to Dismiss the complaint. By email the Defendant U.S.-assigned Counsel favorably gave its consent to the relief being asked in this motion. The reasons for this motion are stated below.

1. Plaintiff is currently overseas in the Philippines to seek for any kind of support for the effective prosecution of his case and returning to U.S. on the 26th of December 2006..



RECEIVED
DEC 2 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

2. The Defendant's multi-paged Motion with its Memorandum of Points and Authorities citing numerous cases that are beyond the human and material resources and expertise of the Plaintiff.

3. Due to financial set-back Plaintiff would like to request the Honorable Court to appoint a qualified and competently-honest "Pro Bono" International, Constitutional and Military Law Firm who could represent Plaintiff that substantive justice through a real "due process" be achieve on this very fundamental, precious and Bithright Citizenship. This motion is filed with the hope that the Court will favorably consider it for the benefit of both the Plaintiff and the Defendant in their effort to seek true and "equal justice under the law" from the Honorable Court as genuine and unbiased interpreter of the U.S. Constituton..

WHEREFORE, based on the foregoing, the Plaintiff with due respect requests the Honorable Court to kindly consider the "out of time" request to extend time from December 18, 2006 to January 26, 2007 inclusive, to file the "Motion to Oppose" the Defendant's 'Motion to Dismiss' Plaintiff's complaint accompanied by a 'draft order' accompanying the Defendant's 'Motion to Dismiss'.

Dated: <u>20 December 2006</u>

Respectfully submitted,

PRISCO E. ENTINES
PRO SE PLAINTIFF
C/O Hospicio de San Jose
Ayala Bridge, Quiapo
Manila, Philippines
For:   419 N. Mountain View Ave. #207
       Los Angeles, CA. 90026
       Cell: 213-675-9092

<u>CERTIFICATE OF SERVICE</u>

      I, HEREBY CERTIFY that on this 20th day of December 2006, a true and correct copy of the foregoing **PLAINTIFF'S UNOPPOSSED MOTION TO ENLARGE TIME '*OUT OF TIME*' TO OPPOSE DEFENDANT'S MOTION TO DISMISS** and proposed 'ORDER' has been served the Defendant United States, represented by Jane M. Lyons, D.C. Bar #451737, Assistant United States Attorney, by duly paid and receipted FEDEX mail with delivery to:

Jane M. Lyons, D.C. Bar # 451737
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4822
Washington, D.C. 20530
(202) 514-7161


                                                  <u>PRISCO E. ENTINES</u>
                                                  PRO SE PLAINTIFF
                                                  C/O Hospicio de San Jose
                                                  Ayala Bridge, Quaipo
                                                  Manila, Philippines

                                     For:  419 N. Mountain View Ave. #207
                                                  Los Angeles, CA, 90026
                                                 Cell: 213-675-9092