UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
MAR 2 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PRISCO E. ENTINES,1 )
)
Plaintiff, )
)
)  Civil Action No. 06-477 (RMC)
v. )
)
)
)
"UNITED STATES"2 )
)
Defendant )

### PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME " 'OUT OF TIME' TO OPPOSE MOTION AND PROPOSED ORDER TO DISMISS

Pursuant to Rule 6 (1) of the Federal Rules of Civil Procedure, Plaintiff hereby moves to extend to Thirty (3) days its deadline to file the Opposition to Motion and Proposed Order to Dismiss the Complaint in this case. The specific dates requested as deadline for the begged-for time extension to rebut the Defendant's Motion to Dismiss with its Memorandum of Points and Authorities from March 28, 2007 to May 8, 2007 inclusive. This is the Plaintiff's second request. The Defendant's consent was requested through email that was favorably granted. The reasons for this extension by the Plaintiff, who appears for himself are enumerated below.

---

The typo correction by the Defendant duly recognized by the Court is, gratefully acknowledged.1

1

Firstly, the Order approving the first extension of time 'out of time' supposedly from December 26, 2006 up to January 23, 2007 inclusively became moot and academic by the Approval Order dated February 13, 2007. Hence, this <u>second</u> request for "enlargement" of time 'out of time'.

Secondly, request for a "Pro Bono" Court assigned lawyer was denied. I, then called and emailed the "Pro Bono" lawyer that was assigned by the Claims Court to consult if he could take the instant case. But he politely declined. Hence, this could cause more delay in filing the Opposition Motion. Not to mention of financial limitations that has rendered Plaintiff incapable to search and/or hire, at least, a Paralegal to help in the legal research and preparation of the said "Opposition-Rebuttal Brief to the Motion and Proposed Order to Dismiss, hopefully, within the requested time period.

Thirdly, the probably unintended oversight of the "Jury Trial" originally demanded is re-invoked under Section 1861, Title 28, Part V, Chapter 12 as declared U.S. legal right to "Jury Trial" and an explanation is sought on the oversight.

Fourth, the raising of the funds for the needed, continuing costs for legal research and other litigation-related fees would certainly exact a time frame that a month may not be enough for the potential huge expense..

Fifth, to ascertain the Court's jurisdiction, veritable certification at least by the Clerk of Court, if the Court is a <u>Constitutional Article III Court</u> or a "District Court of the United States" (<u>DCUS</u>) in contra-opposition to the post 1948 <u>Congress-created Legislative</u> or <u>Article IV Court</u> known as "United States District Court" (<u>USDC</u>) whose Constitutionality is under a very serious question and will be explained either in

---

"United States of America" is substituted by the differentiated "United States" that shall be explained in the Opposition to Motion and Proposed Order to Dismiss to solidify legal basis of the complaint to be within the jurisdiction of the Court.2

the Opposition or Rebuttal Brief or in the course of trial, before, at least, a "Petit" but competently and honestly-selected Jury.

Sixth, granting that the Court is an Article III Constitutional Court, the appropriate <u>Licenses</u> and proper representation by the assigned Government Lawyers have, also, to be ascertained as guarantee for a fair, honest and just trial before a Jury.

Finally, although the Honorable Judge assigned to the instant case is duly equipped with the Four (4) Credentials for her official and proper handling of the case, yet her possible "ante" and/or "Post facto" knowledge of the lack of credentials of some of her Co-Judges, currently sitting in the Federal District Court of Washington, D.C. would very seriously affect indirectly her expected fair and honest handling of the case for the true and objective justice of U.S. National-demoted family members of a U.S. National yet War-conscripted Filipino-American Veteran and Hero.

Based on the above-enumerated reasons, Plaintiff, request the Honorable Court to grant this "Motion to Extend Time 'Out of Time' " to file the Opposition to both the Motion and the Proposed Order to Dismiss, from March 28 to May 8, 2007 inclusive, so that the Plaintiff be given ample time to remedy the unexpected hurdles in his honest search and quest for true, objective and honest justice with a substantive due process of law along with a fair and unbiased trial by jury as mandated by the Constitution that both the Honorable Judge or all Judges for that matter and the Government Lawyers in their respective "Oaths of Allegiance and Offices" vowed to support and defend and never to thwart much less to vulgarly desecrate by undermining it with their "So help me God" pledge.

Respectfully submitted,

/Rev./Fr. Prisco E. Entines
Plaintiff
419 N. Mountain View Ave. #207
Los Angeles, CA. 90026
Tel. (213) 675-9092
Email: <u>Frentines@hotmail.com</u>

March <u>27</u>, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PRISCO E. ENTINES )<br>)<br>Plaintiff )<br>)<br>)<br>v. )<br>)<br>)<br>UNITED STATES )<br>)<br>Defendant )<br>) | Civil Action No. 06-477(RMC) |

**ORDER TO EXTEND TIME 'OUT OF TIME' TO FILE OPPOSITION
TO MOTION AND PROPOSED ORDER TO DISMISS**

This matter is before the Court on Defendant's Motion to Dismiss the complaint (Dkt.#6) with an untimely Order for Plaintiff to reply to Defendant's Motion to Dismiss by the lapsed date of March 7, 2007 due to the arrival of the Plaintiff on the 13th of March, noting that the Defendant despite the resources at its command, took months to answer the complaint with a Motion to Dismiss. The Court having weighed the stipulated reasons and in the spirit of true and objective fairness and justice, it is hereby:

ORDERED AND ADJUDGED that the Motion is granted.

DONE and ORDERED this ___ day of _____ 2007.

_____
Honorable ROSEMARY M. COLLYER
United States District Judge

Copy to:
Jane M. Lyons, D.C. Bar # 434122
Assistant United States Attorney
Civil Division -555 4th St., N.W. – Rm. E4622
Washington, D.C. 20530 Tel. (202) 514-7161

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 27<u>th</u> day of March 2007, I caused to be mailed (Certified First Class Mail with Return Card) copies of "PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME 'OUT OF TIME' " addressed as follows:

                                        JANE M. LYONS, D. C. BAR # 434122
                                        Assistant United States Attorney
                                        Civil Division
                                        555 4th Street, N.W. – Room E4822
                                        Washington, D.C. 20530
                                        (202) 514-7161

Rev. Fr. Prisco E. Entines
419 N. Mountain View Ave. #207
Los Angeles, CA. 90026
Tel. (202) 675-9092

4