## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PRISCO E. ENTINES,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 06-477 (RMC)** |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## <u>ORDER</u>

This matter is before the Court on Plaintiff's second motion for an extension of time to oppose Defendant's motion to dismiss the complaint [Dkt. #6]. That motion was filed on December 4, 2006. On December 26, 2006, Plaintiff Prisco E. Entines, proceeding pro se, filed his first untimely motion seeking an extension of time, until January 23, 2007, to oppose Defendant's motion to dismiss [Dkt. #7]. The Defendant consented to the extension, and this Court granted Plaintiff's motion [Dkt. #8]. The Court's February 13, 2007, Order instructed the Plaintiff to respond to Defendant's Motion to Dismiss by March 7, 2007. On March 28, 2007, the Plaintiff filed his Unopposed Motion for Extension of Time "Out of Time" to Oppose Motion and Proposed Order to Dismiss [Dkt. #9]. The Defendant's consent to the extension was requested by e-mail and granted.

In support of his motion, Plaintiff noted that his attempt to obtain the assistance of a pro bono attorney fell short and resulted in delay. Plaintiff further notes that financial limitations have rendered him incapable of searching or hiring, at least, a paralegal to help in the research and preparation of the opposition brief.

At this juncture, Plaintiff is aware and has been reminded by the Court of his obligation to file a timely response to Defendant's motion to dismiss. Because Plaintiff is

proceeding pro se, the Court once again advises him of the following. In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id*. at 509. In addition, the Court's local rules state that "[w]ithin 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion [or] the court may treat the motion as conceded." Local Civil Rule 7(b). Accordingly, it is hereby

**ORDERED** that Plaintiff's Unopposed Motion for Extension of Time "Out of Time" to Oppose Motion and Proposed Order to Dismiss [Dkt. #9] is granted, nunc pro tunc, and it is

**FURTHER ORDERED** that Plaintiff shall respond to Defendant's Motion to Dismiss [Dkt. #6] by **May 9, 2007**. If he does not respond by that date, the Court will treat Defendant's Motion to Dismiss as conceded and may dismiss the complaint or the case in its entirety.

**SO ORDERED**.

Signed: April 9, 2007                                    /s/
                                              ROSEMARY M. COLLYER
                                              United States District Judge


copy to:
Prisco E. Entines
419 N. Mountain View Ave. #207
Los Angeles, CA 90026