000372    AFFIDAVIT FOR PHILIPPINE ARMY PERSONNEL

Affidavit _____    Major R Jackson (AFWESPAC)
                 Processing Unit                    (Unit No.)

(40)1957

Province of __MASBATE__                  1. USAFFE (Regular) or (Reservist) X
Commonwealth of the Philippines   SS     2. USAFFE-GUERRILLA X
United States of America                 3. Civilian guerrilla
                                            (Check (X) applicable statement)

1. a. __DONATO__   __MANUEL__   __O__   __Infantry__   __0-25268__
        (Last Name)  (First Name) (Middle  (Gr & Br of Serv)   (ASN)
                                  Initial)

   b. __3d Battalion, 42d Inf__                __Masbate, Masbate__
         (Present Organization)                    (Mailing Address)

   c. Male ~~female if on active duty~~
         (Strike out word not applicable)

   d. __Masbate, Masbate__
         (Legal residence from 8 Dec 1941 to 30 June 1942)

   e. __Placer, Catalingan, Masbate__   __2__   __May__   __1916__
              (Birthplace)              (Day)  (Month)   (Year)

   f. Citizen of __Philippines__

2. CHRONOLOGICAL RECORD OF ACTIVITIES:

   a. Activities include all military and/or civilian occupations engaged in by the individual during the period from commencement date to date processed in Philippine Army. Generally, under heading "Activity-Duties Performed", activities should be classified and phrased as follows:

   (1) Military Activities—USAFFE:

       (a) Date called to active duty; (b) Date of induction; (c) Name of unit to which returnee was last attached.
       5 July 1941             1 Sept '41            "L" Co, 53rd Infantry

   (2) Guerrilla Activities:

       (a) Date first joined a guerrilla unit;   12 October 1942  Note: Guerrilla Organizer
       (b) List of guerrilla units to which returnee was attached.   Masbate Regiment (Guerrilla)

   (3) Civilian Status:

       (a) Returnee must list down all civilian occupations engaged by him during the Japanese regime.

   (4) If PW, state ("PW" Captured — Surrendered).
         (Strike out inapplicable word)

   (5) If escaped or released from PW, state "Escaped" or "Released".
         (Strike out inapplicable word)

   b. The first date to be entered in Line 1 below will be determined as follows: 93
                                                                                  PEFP)

   (1) If individual was a regular in the Philippine Army, commence with 1 July 1941 or

   (2) If individual was a reservist, commence with the date he was called to active duty, but in no event earlier than 1 July 1941; or  5 July 1941

—1—

NRB, OTAG
MICROFILMED
3 MAR 1978

NARCISO S ERNA
LT COL RMC    PA
ASST ADJUTANT GENERAL

(3) If individual was not USAFFE, but in a civilian status (including Reservists who did not join a US unit), commence with date he joined first guerrilla unit.

c. All time from commencement date to date processed in Philippine Army, 1945, must be accounted for. There must be no overlapping of dates. The last entry on this paragraph must be the date returnee was finally processed. Separate lines may be used if there is a major change of duty, or location of units (Sulu to Bataan). For civilian activities, use separate lines for any change of address, employment or work.

| From Date | Period | To Date | Activity/Duties Performed (for military duty, list name of Unit). For civilian employ, list occupation & name of firm. | Location | Name of CO or Military Unit, or of Civilian Employer |
|---|---|---|---|---|---|
| 1. 5 July 41 | | 8 Sept 41 | Reported and Mob. | Masbate | Lieut. M White |
| 2. 1 Sept 41 | | 20 Nov 41 | Attnd Refresher Crs | Regan Brks | Maj Wilkes |
| 3. 20 Nov 41 | | 10 Dec | Trg of troops | Rosario, Bat. | Col Boatwright |
| 4. 10 Dec 41 | | 24 Dec 41 | Tayabas resistance | Tayabas | Col Boatwright |
| 5. 24 Dec 41 | | 6 Feb 42 | Resisted Japs | Bataan | Col Boatwright |
| 6. 21 Feb 42 | | 30 Sept 42 | Sick (Malaria) | Bataan | (Civilian care) |
| 7. 30 Sept 42 | | 15 April 45 | Guerrilla Leader | Masbate | Major M Donato |
| 8. 15 April 45 | | | Processed | Masbate | Major M Donato |
| 9. 15 April | | 22 Feb 46 | CO, 3d Bn 42d Inf | Masbate | Major M Donato |
| 10. | | | | | |

REMARKS: Activities prior to the surrender need not be amplified unless individual was not with his unit at date of surrender in which case he must explain the circumstances of his failure to join his unit. Guerrilla activities should be briefly amplified; i.e., nature of work performed by unit (intelligence or combat), area of operation, etc. Civilian activities should be described in enough detail to account for means of livelihood, stating nature of employment (if employed), or private business. If engaged in farming, state size and location of farm, crop yield, etc.

I was not with my unit during surrender because I was sick and under civilian care. (See attached affidavits)

3. INDIVIDUAL RECORD OF PROMOTION

If USAFFE—state rank on 1 July 1941, or on date of induction in 1941, or early 1942.
If Guerrilla—state rank at which inducted into guerrilla unit.
Thereafter, list all promotions received subsequent to above dates.

—2—

00374

| | Grade or Rank | Authority (SO, if known) | Effective Date | Name of CO who authorized promotion |
|---|---|---|---|---|
| 1st Mas Cadre | 3rd Lt | — | 20 July 38 | HPA |
| Panay Guerrilla | Capt | — | 1 Jan 43 | Col M Peralta |
| Mas. Regiment | Major | — | 6 Aug 44 | Board on Promotion |

## 4. INDIVIDUAL FINANCE RECORD

a. Monies received:

(1) Military services, USAFFE.

| PERIOD From | To | Grade | Received Amount | REMARKS (Strike out inapplicable word) |
|---|---|---|---|---|
| Dec 41 | Dec 41 | | P | Old Rate & Quarters Allowances |
| Jan 42 | Jan 42 | | | Old Rate & Quarters Allowances |
| Feb 42 | Feb 42 | | | Emer. Note ) Quarters Allowances / Old Rate ) |
| Mar 42 | Mar 42 | | | Emer. Note ) Old Rate ) Quarters Allowances / Quezon Pay ) |
| Apr 42 | Apr 42 | | | Emer. Note ) Old Rate ) Quarters Allowances / Quezon Pay ) |
| May 42 | May 42 | | | Emer. Note ) Old Rate ) Quarters Allowances / Quezon Pay ) |
| | 42 | | | |
| | 43 | 3rd Lt | P600.00 | 3 mos bonus (if received) |
| | 45 | Major | 500.00 | 3 mos adv pmt chargeable against arrears |
| | 45 | | | Initial current pay |

Monies rec'd as Army or Comm. employee after liberation

(2) Military Services, GUERRILLA

| PERIOD From | To | Grade | Received Amount | REMARKS |
|---|---|---|---|---|
| | 42 | | | Emergency Notes |
| | 43 | | | Emergency Notes |
| | 44 | | | Emergency Notes |
| | 45 | | | Qtrs Allowance, Emer. Notes and USAFFE funds. |

(Note: For detailed financial record of monies received, use separate sheet of paper.)

(3) Employment by Japanese Mil Administration (except PW), Japanese Gov't, Japanese-controlled civil or puppet government, or firm dealing with Japanese.

| From Date | To Date | Position Held | Employed by | Total Pay Received |
|---|---|---|---|---|
| None | | None | None | |

NOTE: Periods here specified must correspond to periods listed in paragraph 2c above.

(4) Are you in any way covered by G. O. No. 135? YES or NO   NO

b. My present grade is  Major

c. In (1941/1942) I authorized Class N deduction of  10.00  per mo. from my pay for National Service Life Insurance.

d. I was married on  25 Feb 39  at  Masbate, Masbate

My wife's name is  Natividad Basilio

and she resides at  Masbate, Masbate

The names and ages of my children (under 18 yrs of age) are:

| Name | Age | Name | Age |
|---|---|---|---|
| ROMEO DONATO | 6 yrs | | |
| ROBIN DONATO | 5 yrs | | |
| REMEDIOS DONATO | 8 mos. | | |

— 3 —

NARCISO S ERNA

e. I was authorized on November ____ (1941/1942), which is the date I was last paid by a recognized disbursing officer of the United States or Philippine Army to draw quarters allowances in the amount of ₱ 25.00 per month.

f. During the period covered by this affidavit, my dependents; viz, my lawful wife and/or unmarried children under 18 years of age, occupied Government quarters for the following periods, at the locations designated:

_____ No government quarters _____
(If none, state "No government quarters furnished".)

5. CHRONOLOGICAL RECORD OF WOUNDS AND ILLNESS INCURRED FROM 8 DEC 41, TO DATE OF RETURN TO MIL CONTROL. SHOW ALL WOUNDS AND ILLNESS INCURRED.

| From | To | Unit | Geographical Location | By Whom Treated | Nature of Injury or Illness | Permanent Disabilities Incurred thereby |
|------|----|----|----|----|----|----|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

(Dates listed above must agree with those shown par. 2c above.)

6. INDIVIDUAL DECORATIONS, CITATIONS AND AWARDS
(Include type and authority—include unit citations)

Unit citation (L Co 53 Inf.)        Col BOATWRIGHT        8 Dec '42

7. VITAL STATISTICS REGARDING OTHER SERVICE PERSONNEL (FILIPINO, AMERICAN AND ALLIED) AND AMERICAN AND ALLIED CIVILIANS. (List only those who were taken as POW's by the Japanese)

a. Living:

| Name | Rank or Civilian | Where Last Seen | Activity if known | State of Health |
|------|------|------|------|------|
|  |  |  |  |  |

b. Dead:

| Name | Rank or Civilian | Date of Death | Circumstance |
|------|------|------|------|
|  |  |  |  |

I have read the following affidavit and swear that the information set forth therein is true to the best of my knowledge, information and belief.

MANUEL O. DONATO
(Signature)
Major, Infantry

SUBSCRIBED and SWORN to before me this 20th day of January 194__,
at (Masbate, Masbate)

R. JACKSON
(Signature)
Major, Infantry
(Grade & Branch of Service)
(Head) Reprocessing Team
(Title)

TRUE COPY:
PABLO FERNANDEZ
Capt, Inf
Adjutant, 4th Repl Bn (PA)

3. To be read individually or collectively, to officers and enlisted men to be processed: "Articles of War 97, PA, provides punishment by military courts-martial for false swearing".

PA AGO Form 23 (Rev. 18 Oct 19__) To be completed and forwarded to TAG, PA.        AGPrintingPlant