UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PRISCO E. ENTINES,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-477 (RMC) |
| ) | |
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

This matter comes before the Court on Defendant's Motion to Dismiss. For the reasons stated in the Court's Memorandum Opinion filed simultaneously with this Order, the Complaint is dismissed. Accordingly, it is hereby

**ORDERED** that Defendant's Motion to Dismiss [Dkt. #6] is **GRANTED**; and it is

**FURTHER ORDERED** that the Complaint is **DISMISSED**; and it is

**FURTHER ORDERED** that Plaintiff's Motion to Amend the Complaint [Dkt. #12] is **DENIED** as moot. This case is closed. This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge

DATE: July 26, 2007